UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> FOKKER SERVICES B.V., ) <br> ) <br> Defendant. ) <br> ) | No. 14-CR-121 (RJL) |

## JOINT CONSENT MOTION FOR EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT

The United States of America, represented by the United States Attorney's Office for the District of Columbia, and the Defendant, Fokker Services B.V. (hereinafter "Fokker Services"), by and through its attorneys, move this Honorable Court for the entry of an Order approving the exclusion of a 18-month period in computing the time within which any trial must be commenced upon the charges contained in the Information filed against Fokker Services, pursuant to Title 18, United States Code, Section 3161(h)(2) of the Speedy Trial Act.

In support of this request, the parties rely on the following points and authorities, as well as any others which may be raised at a hearing on this matter.

1. On June 3, 2014, the United States and Fokker Services entered into a written Deferred Prosecution Agreement (hereinafter "the Agreement"). The Agreement was filed with the Court on June 5, 2014. A true and correct copy of the Agreement is attached hereto as Exhibit A and is incorporated as if fully set forth herein. The purpose of this agreement is to allow Fokker Services to demonstrate its good conduct and implement certain remedial measures.

2. In Paragraph 1 of the Agreement, Fokker Services has agreed to waive indictment and has agreed to the filing of charges via Information, charging Fokker Services with conspiring to unlawfully export U.S.-origin goods and services to Iran, Sudan, and Burma, in violation of the International Emergency Economic Powers Act, Title 50 United States Code, Section 1705.

3. Pursuant to Paragraph 1 of the Agreement, the United States filed the Information with the Clerk of this Court. A true and correct copy of the Information is attached as Exhibit B.

4. Fokker Services hereby joins in this motion and agrees to a continuance of all further criminal proceedings for a period of 18 months and the exclusion of all time covered by such a continuance for purposes of speedy trial considerations.

5. Fokker Services agrees to waive any and all rights to a speedy trial pursuant to the Fifth and Sixth Amendments of the United States Constitution, Title 18, United States Code, Section 3161, Federal Rules of Criminal Procedure 48(b), and any applicable Local Rules of the United States District Court for the District of Columbia for the period that the Agreement is in effect.

6. The United States has agreed that if Fokker Services is in compliance in all respects with all of its obligations under the Agreement, the United States, within 30 days, or earlier, of the expiration of the time period set forth in the Agreement, will move this Court for dismissal with prejudice of the Information filed against Fokker Services pursuant to the terms of the Agreement.

WHEREFORE, the United States and Fokker Services respectfully request that this Honorable Court enter an Order approving the Agreement and continuing all criminal

proceedings for a period of 18 months. The United States and Fokker Services further request that the Court find it to be in the interest of justice to exclude a period of 18 months from the computation of speedy trial calculations under Title 18, United States Code, Section 3161(h)(2), the Speedy Trial Act. A proposed Order is attached as Exhibit C for the convenience of the Court.

Respectfully Submitted:

/s/ Ronald C. Machen Jr.
RONALD C. MACHEN JR.
D.C. Bar No. 447-889
UNITED STATES ATTORNEY

By: Maia Luckner Miller
Assistant United States Attorney
V.A. Bar No. 73221
555 4th Street, N.W.,
Washington, D.C. 20530
(202) 252- 6737
Maia.Miller@usdoj.gov

David DiBari
Edward O'Callaghan
Clifford Chance US LLP
Counsels for Fokker Services

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of this pleading was served upon all counsel for the defense, via electronic mail, this 5th day of June, 2014.

Maia L. Miller
Assistant United States Attorney

4