# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 14-CR-121 (RJL) |
| | ) | |
| FOKKER SERVICES B.V., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER EXCLUDING TIME UNDER THE COMPUTATION OF THE SPEEDY TRIAL ACT

This _____ day of 2014, following a careful review of the Joint Consent Motion for Exclusion of Time Under the Speedy Trial Act, the written Deferred Prosecution Agreement dated June 3, 2014 ("the Agreement"), the Factual Statement, and the Information filed in this matter, this Court hereby finds that the period of delay as set forth in the Agreement is for the purpose of allowing Defendant, Fokker Services B.V. ("Fokker Services") to demonstrate its good conduct and implement certain remedial measures.

Accordingly, this Court finds that it is within the interest of justice to hereby

ORDER that a period of 18 months will be excluded from the computation of time within which the trial on the charge set forth in the Information filed in this matter must commence pursuant to the Speedy Trial Act per Title 18, United States Code, Section 3161(h)(2), and that all further criminal proceedings are accordingly continued.


_____
The Honorable Richard J. Leon
United States District Court Judge