# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 1:14-cr-00121 (RJL) |
| ) | |
| FOKKER SERVICES B.V., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |

## DECLARATION OF ANDRE HERMSEN

I, André Hermsen, do hereby declare, as follows:

1. I am over the age of 21 years, of sound mind, and have the legal capacity to execute this Declaration. All matters stated herein are true and correct based on my personal knowledge.

2. I am the Corporate Compliance & Risk Officer ("CCRO") for Fokker Technologies Holding B.V. ("Fokker Technologies"), which is the parent company of Defendant, Fokker Services B.V. ("FSBV"). In my role as CCRO, I am currently responsible for the compliance program of Fokker Technologies and its subsidiaries. In my former role I was the CFO of Fokker Services and in that capacity I was the Management Team member responsible for the investigation as well as the development of the Export Compliance Program at FSBV.

3. In connection with initiating its internal investigation and voluntary disclosure in early 2010, FSBV, with the advice of outside counsel, developed and adopted a new Export Compliance Program ("ECP") that strengthened its commitment to export compliance and fully

1

addressed all applicable laws and regulations in the jurisdictions in which it does business. Since its adoption in 2010, FSBV's ECP has proved an effective program for ensuring compliance with applicable laws and regulations.

4.  FSBV's ECP is based on the guidelines provided by the U.S. Department of Treasury Office of Foreign Assets Control ("OFAC"), U.S. Department of Commerce Bureau of Industry and Security ("BIS"), the U.S. Sentencing Guidelines, together with the laws of the Netherlands and Singapore. This ECP reflects a completely new compliance framework for FSBV.

5.  FSBV, with the implementation of its ECP in 2010, its employee disciplinary review following the internal investigation, and through the active participation of its new President, has set a new tone of compliance from the top. FSBV's presidents starting in December 2010, disseminate to all employees an annual "Compliance Statement Policy" that makes clear that compliance with export regulations of all countries in which FSBV does business, including the United States, is an essential element for its worldwide business. FSBV's Compliance Statement Policy specifically states that FSBV is "committed to provide sufficient resources and expertise to ensure compliance with the applicable export control requirements on a continuous basis." In addition to the annual Compliance Statement Policy, the company's President speaks to all employees on a quarterly basis and one of the topics discussed is compliance.

6.  The fundamental umbrella policy that has been adopted by FSBV is that it shall not export or re-export aircraft parts, technology or provide any services to persons or companies that are embargoed by the United States, the Netherlands or the United Nations, including Iran, Sudan, Syria, North Korea, or Cuba. While strict adherence to U.S. laws and regulations would

require only that Defendant cease transactions involving a U.S. nexus, in September 2010, it adopted a zero risk approach that required cessation of all business with U.S. sanctioned or embargoed customers.

7. This umbrella policy of no business with sanctioned countries or entities has been enforced through the adoption of new procedures that are inculcated within the employee ranks by management and mandatory training, through the development of updated technology that includes programs that contain advanced screening of potential customers and orders and that contains embedded blocks on shipments based on end-use(r) information with sanctioned countries or entities or the lack of required information regarding parts, like Export Control Classification Numbers ("ECCN").

8. Over the course of the last four years, FSBV has spent approximately $22 million in external costs alone in connection with the investigation, adoption of this comprehensive compliance structure and associated remediation efforts. .

*FSBV's Compliance Structure*

9. FSBV has developed a compliance personnel structure with appropriate roles and responsibilities for individual employees, beginning with designated compliance focal points, an export compliance manager ("ECM"), a Director Legal and Compliance / Divisional Compliance Officer ("DCO"), with a dual reporting line to the President and (functionally) to me, the CCRO of Fokker Technologies.

10. All compliance staff receive training and frequent refresher training. Further, none of the full-time export compliance staff are housed in the sales divisions. They are not responsible for sales and their compensation is independent of any financial results. None of the full-time compliance staff are eligible to receive a bonus.

*Key Elements of FSBV's Export Compliance Program*

11. FSBV's ECP comprehensively addresses all applicable export laws and regulations in the jurisdictions in which it does business and satisfies the compliance guidelines outlined by the various U.S. agencies, including BIS's nine critical elements.

12. The ECP is part of a framework of procedures that include the specific compliance operating procedures developed for FSBV's U.S. operations, Fokker Services Inc. (SOP). The ECP is also part of a larger umbrella of compliance policies adopted at the Fokker Technologies level (CCP) and for all of Fokker's operating companies in the United States. The following highlights the key points of the ECP.

13. <u>Screening</u>: Mandatory screening of all business relations is performed by the ECM prior to engaging in any business in accordance with Corporate screening governance. All new employees are screened prior to hiring and also are subject to annual re-screening by the ECM and Human Resources. Likewise, all visitors are subject to screening before entry on the premises which is performed by the Security Officer or, in case of his absence, the ECM

14. <u>Automated Blocks</u>: FSBV updated its electronic sales and logistics systems (referred to as it "ERP system") to include automated blocks that are embedded in technology and information support systems. Every part sale requires that the ECCN field is completed in the ERP system, which means that if there is no ECCN available then there is no activity possible (*i.e.*, part number is placed on hold). The ECCN is provided by the original equipment manufacturer (OEM), unless not available, in which case it is provided by the supplier. Alternatively, if supplier information is not available, the Technical Department assisted by the ECM determines the ECCN. The Technical Department maintains records of classifications and

there is a weekly audit of ECCNs by the ECM. Only the ECM or the Technical Department (after approval by the ECM) is authorized to revise an ECCN.

15. "Track and Trace": The electronic ERP systems now include a "track and trace" function. Prior to subcontracting an item for repair to a U.S. vendor (vendors located in the United States or overseas branches of U.S. vendors), FSBV performs track and trace on the history of the item using an on-line query. If FSBV's history of the item demonstrates that it has previously been in a U.S. embargoed country, the item cannot be outsourced to a U.S. vendor. These items are also marked in an interface between the ERP system and Electronic Customs Declaration System, further blocking the ability to generate an export declaration.

16. Purchase Contracts and End-User Statements: FSBV includes language in all of its purchase contracts that it will not export or re-export any items contrary to U.S., UN or EU export control regulations, which reflects that it is proactive in making it clear that it complies with export control laws and regulations. FSBV further includes language in mandatory end-use(r) statements requiring that recipients of FSBV's parts certify that such parts "will not be supplied in any way, directly or indirectly, via 3rd party organizations to an entity/person in or from Cuba, Iran, North Korea, Sudan and Syria." FSBV will not conduct business without a valid end-user statement from a customer. To protect against improper diversion, FSBV requests either an annual or transaction specific (individual) end-user statement from all of its customers. Where annual end-user statements are used, the expiration date is entered into the ERP system, which in turn generates a reminder for renewal one month prior to the expiration date. All received and signed end-user statements are archived in the ERP system as relating to the customer account or sales order. For transactions for which they are required, FSBV provides the U.S. Principal Party of Interest (USPPI) with required specific end-user information and after

5

receipt of the license or authorization, the USPPI informs FSBV of provisos to the license and then the ECM arranges distribution of the provisos. Moreover, employees in technical departments who share data and "know-how" by electronic communication, have specific detailed instructions and flowcharts, enabling them to determine if questions from customers can be answered.

17. <u>Record Keeping</u>: FSBV's compliance policies include specific requirements for record-keeping so as to ensure that relevant records relating to each transaction are available and readily accessible if needed. In addition to scanning documents for uploading to the ERP system, FSBV has adopted a stringent procedure for the handling of original paper files, including restricting access to the archives.

*Employee Training and Awareness*

18. The ECP, as well as the latest versions of all compliance procedures, instructions and forms are available for all employees through the Compliance page on FSBV's intranet, which is maintained by the ECM.

19. FSBV also adopted an anonymous reporting tool. When an incident has occurred or any employee is concerned that a violation may occur, the employee may file an anonymous report. The link is accessible to employees on the intranet. An employee may also choose to make an in-person report of any compliance concerns directly to the ECM, DCO or CCRO. In my role as CCRO, I have personally received several such anonymous and in-person reports. The fact that employees are willing to utilize the anonymous reporting tool and continue to make in-person reports demonstrates the employees' confidence in the compliance function and is a testament to the prevailing culture of compliance within the company.

20. Every employee completes the basic training so that every employee knows that compliance is part of the business. There are different types of training, including extended training, training on compliance procedures and advanced training. There is on-board training for all new employees, advanced training for those with customer support or supply chain responsibilities, and extended training for all management. The training is continuous, offering both e-learning and face-to-face workshops for all relevant employees, including management, supply chain, and logistics, on an annual basis. The goal of the training is to create awareness and knowledge of all export compliance matters.

*Auditing, Self-Assessment and Demonstrating Effectiveness*

21. FSBV also has implemented continuous monitoring, auditing and self-assessment of its compliance program. Continuous monitoring and regular audits are performed by the ECM, the Quality Department and yearly audits are conducted by external auditors.

22. Through the enforcement of these integrated compliance measures, FSBV is vigilant in identifying red flags to prevent doing business with brokers who try to conceal the intended end-user. A key element of this zero risk policy is that FSBV continuously tries to prevent diversion from happening. FSBV has extra alerts and has many stops/checks in place to detect potential red flags.

23. The rigor and effectiveness of FSBV's new ECP, including its training efforts, have been proven by the flagging of suspect transactions. Examples of FSBV's compliance framework in action include the identification of red flags in 2012 regarding requests for landing gear from both U.S. and Chinese brokers, request for brakes from certain brokers, and the sale of Fokker aircraft in December 2012 by a third party to an Iranian civilian airline operator. These examples illustrate how the sales force are identifying potential red flags and bringing questions

to compliance before acting. FSBV brought several of these suspicious events to the attention of the United States authorities and have provided whatever assistance has been requested.

24. I declare under penalty of perjury that the foregoing is true and correct.

Dated:   July 7, 2014
         Papendrecht, The Netherlands                    _____
                                                         André Hermsen