UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | No.  14-CR-121 (RJL) |
| FOKKER SERVICES B.V., | ) ) ) | |
| Defendant. | ) ) ) ) | |

## JOINT CONSENT MOTION FOR EXCLUSION OF TIME
## UNDER THE SPEEDY TRIAL ACT

The United States of America, represented by the United States Attorney's Office for the District of Columbia, and the Defendant, Fokker Services B.V. (hereinafter "Fokker Services"), move this Honorable Court for the entry of an Order approving the exclusion of time between the July 9, 2014, status hearing and the upcoming July 24, 2014, status hearing within which any trial must be commenced upon the charges contained in the Information filed against Fokker Services, pursuant to Title 18, United States Code, Sections 3161(h)(2) and 3161(h)(7) of the Speedy Trial Act.

In support of this request, the parties rely on the following points and authorities, as well as any others which may be raised at a hearing on this matter.

1. On June 3, 2014, the United States and Fokker Services entered into a written Deferred Prosecution Agreement (hereinafter "the Agreement").  The Agreement was filed with the Court on June 5, 2014.  The purpose of this agreement is to allow Fokker Services to demonstrate its good conduct and implement certain remedial measures.

2. In Paragraph 1 of the Agreement, Fokker Services has agreed to waive indictment and has agreed to the filing of charges via Information, charging Fokker Services with conspiring to unlawfully export U.S.-origin goods and services to Iran, Sudan, and Burma, in violation of the International Emergency Economic Powers Act, Title 50 United States Code, Section 1705.

3. Pursuant to Paragraph 1 of the Agreement, the United States filed the Information with the Clerk of this Court.

4. Fokker Services hereby joins in this motion and agrees to the exclusion of all time between the July 9, 2014, status hearing and the upcoming July 24, 2014, status hearing for purposes of speedy trial considerations.

5. Fokker Services agrees to waive any and all rights to a speedy trial pursuant to the Fifth and Sixth Amendments of the United States Constitution, Title 18, United States Code, Section 3161, Federal Rules of Criminal Procedure 48(b), and any applicable Local Rules of the United States District Court for the District of Columbia for the period that the Agreement is in effect.

WHEREFORE, the United States and Fokker Services request that the Court find it to be in the interest of justice to exclude a period of 15 days from the computation of speedy trial calculations under Title 18, United States Code, Sections 3161(h)(2) and 3161(h)(7) the Speedy Trial Act, which reflects the period between the July 9, 2014, status hearing and the July 24, 2014, status hearing.

A proposed Order is attached as Exhibit A for the convenience of the Court.

Respectfully Submitted:


 /s/ *Ronald C. Machen Jr.*
RONALD C. MACHEN JR.
D.C. Bar No. 447-889
UNITED STATES ATTORNEY


By: _____/s/_____           ___/s/_____
   Maia Luckner Miller                      Edward O'Callaghan
   Assistant United States Attorney         David DiBari
   V.A. Bar No. 73221                       Michelle Williams
   555 4th Street, N.W.                     Clifford Chance US
   Washington, D.C. 20530
   (202) 252- 6737
   Maia.Miller@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of this pleading was served upon all counsel for the defense, via electronic mail, this 14th day of July, 2014.

_____
Maia L. Miller
Assistant United States Attorney