UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,          :      Docket No. 14-121 (RJL)
                                   :
                Plaintiff,         :      August 21, 2014
                                   :
                                   :      2:00  p.m.
v.                                 :
                                   :
FOKKER SERVICES B.V.,              :
                                   :
                Defendant.         :
. . . . . . . . . . . . . . . . .


TRANSCRIPT OF STATUS CONFERENCE
BEFORE THE HONORABLE RICHARD J. LEON
UNITED STATES DISTRICT JUDGE


APPEARANCES:


For the Plaintiff:          MAIA MILLER
                            ZIA FARUQUI
                            U.S. Attorney's Office
                            555 4th Street, NW
                            Washington, DC 20530


For the Defendant:          EDWARD C. O'CALLAGHAN
                            MICHELLE WILLIAMS
                            DAVID DIBARI
                            Clifford Chance
                            31 West 52nd Street
                            New York, New York 10019


Court Reporter:             PATTY ARTRIP GELS, RMR
                            Official Court Reporter
                            Room 4700-A, U.S. Courthouse
                            Washington, D.C. 20001
                            (202) 962-0200

Proceedings reported by machine shorthand, transcript produced
by computer-aided transcription.

                        P R O C E E D I N G S

1

2              COURTROOM DEPUTY:  We have criminal action 14-121

3    United States of America versus Fokker Services B.V. Will

4    counsel please approach the lectern and identify yourselves for

5    the record?

6              MS. MILLER:  Good afternoon, your Honor, Maia Miller on

7    behalf of the United States and with me is my colleague Zia

8    Faruqui as well.

9              THE COURT:  Welcome.

10             MR. O'CALLAGHAN:  Good afternoon, your Honor, Edward

11   O'Callaghan, David Dibari and  Michelle Williams for Fokker

12   Services BV. In the courtroom is Mr. Summers of President of

13   Fokker Services BV.  Good afternoon, Judge.

14             THE COURT:  Welcome.  All right.  Well, counsel I am

15   here to basically hear from Ms. Miller  of course you are always

16   welcome,  Mr. O'Callaghan.

17             MR. O'CALLAGHAN:  Thank you, your Honor.

18             THE COURT:  I wanted to get a little more detail as to

19   why you need all this extra time.  I was kind of under the

20   impression and maybe it is a misimpression that there was only

21   one former Government employee whose documents had come to light

22   and were causing the Government to reevaluate its initial

23   position that it didn't have -- it didn't learn in the first

24   instance from Fokker itself about the conduct in question.

25             But now it appears from looking at this document

1    document which is I would say fairly describable as cryptic,

2    that there were more than one employee that you are gathering

3    documents from either one or more agencies.  I can't tell if it

4    is more than one agency or one agency.

5            So why don't you give me a little sense of why it is so

6    much more complicated and why it demands this much extra time.

7            MS. MILLER:  Certainly, your Honor.  I think it might

8    be helpful if I just run through the chronology of how we are

9    here today and the events that --

10           THE COURT:  I don't need to hear about prior hearings.

11           MS. MILLER:  No.  No.  Certainly not.

12           THE COURT:  I just need to hear about what's happened

13   since you last informed me you wanted extra time --

14           MS. MILLER:  Yes.

15           THE COURT:  -- to get to the bottom of the question

16   that's out there.

17           MS. MILLER:  Yes. If you will recall, your Honor, in

18   the most recent substantive submission, I set forth before the

19   Court that on July 11, 2014, there was a meeting between the

20   Department of Commerce officials and the Government.  The

21   purposes of that meeting was to --

22           THE COURT:  Stop.  Between the Department of Commerce

23   and --

24           MS. MILLER:  And individuals --

25           THE COURT:  Department of Justice is the Government.

```
1              MS. MILLER: Yes, and I apologize.
2              THE COURT: You mean the Department of Justice.
3              MS. MILLER:  In  particular, my office, the U.S.
4     Attorney's Office for the District of Columbia, of course.
5              THE COURT:  Very good.  I want to be clear about that.
6              MS. MILLER:  Yes, and for the purposes of future
7     references if I say the Government, I mean the U.S. Attorney's
8     Office for D.C.
9              So, as I was saying, on July 11, 2014, there was a
10    meeting between Department of Commerce officials and folks from
11    my office, the U.S. Attorney's Office in D.C. The purpose of
12    that meeting was ensuring the accuracy of the representations
13    that the Government had made in all of our pleadings up until
14    that point, but also looking forward to ensure that the accuracy
15    of the representations for the July 18th pleading which we
16    anticipated filing.
17             At that meeting, as I mentioned, the Department of
18    Commerce officials were present and there was not a reference to
19    the affidavit executed in 2013 by former Special Agent Poole.
20             THE COURT:  Just for clarity's purposes, the Department
21    of Commerce is an awfully large place.  What section or sections
22    of the Department of Commerce were being represented at this
23    meeting?
24             MS. MILLER:  The Bureau of Industry and Security.
25             THE COURT:  The Bureau of Industry and Security.  All
```

1    right.

2              MS. MILLER:  It is referred to as BIS.  Yes.  So after

3    that meeting between July 11th and July 18th, the Government, my

4    office, the U.S. Attorney's Office in D.C. confirmed with the

5    law enforcement agencies who were involved in the Fokker

6    Services investigation which would include BIS within commerce,

7    the FBI Washington Field Office, DCIS and ICE/HSI which it is

8    referred to now --

9              THE COURT:  What's DCIS.

10             MS. MILLER:  I believe it is Defense Criminal

11   Investigation Services.  I believe.  I certainly will confirm.

12             THE COURT:  Okay.

13             MS. MILLER:  To confirm our understanding that the U.S.

14   Attorney's Office for D.C.'s understanding of the following

15   three representations that we later then made to the Court in

16   the July 18th pleading.

17             The first is that no case or investigation had been

18   opened by any law enforcement or other Government agency prior

19   to Fokker Services' submission on June 23, 2010.  The second one

20   is that no substantive investigatory steps were taken directed

21   toward Fokker Services before the June 23, 2010 disclosure and

22   then the third was that there was no agency, or no member of law

23   enforcement investigating Fokker Services had uncovered evidence

24   indicating that Fokker Services believed it was under

25   investigation before submitting its June 2010 disclosure.

```
1           THE COURT:  Go over that one again.

2           MS. MILLER:  Yes.

3           THE COURT:  I am a little unclear of that one.

4           MS. MILLER:  Yes, your Honor. So those are the three

5  inquiries that the Government believes are most salient from the

6  Government's perspective in determining under DOJ policy whether

7  or not this is a voluntary disclosure.

8           And with respect to the third one which your Honor had

9  just inquired about, what I mean to say there is that there

10 haven't been any evidence uncovered by anyone investigating this

11 company to indicate that the company believed it was under

12 investigation when it submitted its disclosure.  So, for

13 example, in an internal e-mail within Fokker Services or an

14 internal memorandum there could be a scenario where there would

15 be a memo or e-mail which says we think we are about to be

16 investigated, we better disclose to the Government before they

17 start investigating us.

18          THE COURT:  That's a hypothetical?

19          MS. MILLER:  Hypothetically speaking.  Fast forward to

20 the present.  There has not been any location or any evidence

21 found indicating that representation.  So indicating that Fokker

22 believed it was under investigation.

23          THE COURT:  Okay.

24          MS. MILLER:  And from Justice's perspective and

25 certainly my office's  perspective, all three of those inquiries
```

1    are significant.  One in and of itself is not determinative.

2              THE COURT:  Okay.

3              MS. MILLER:  So between July 9th and July 18th my

4    office undertook efforts to confirm with the four agencies

5    investigating Fokker Services -- BIS, FBI, WFO, DCIS, ICE/HSI

6    that our understanding that all three of those questions could

7    be answered negatively meaning no case, no investigation, no

8    investigatory steps taken, no evidence that Fokker believed it

9    was under vision.  All four agencies responded to our inquiry

10   that our representations were correct.  So our assessment was

11   accurate.

12             We then filed the July 18th pleading.  Three days later

13   on July 22nd, Department of Commerce officials provided me and

14   my office a copy of the Poole affidavit which was executed in

15   May of 2013.

16             THE COURT:  So this is BIS that did this?

17             MS. MILLER:  Yes.  And of significance to the

18   Government is the second page of the affidavit in the sense that

19   the Poole affidavit appears on its face to express Agent Poole's

20   opinions about the disclosures as well as whether or not they

21   were self-initiated.

22             So based off of the late -- that receipt on July 22nd

23   by my office of that affidavit, we moved to continue this Status

24   Hearing before your Honor on July 24th.

25             THE COURT:  Okay.

1        MS. MILLER:  The purpose of our request to continue was

2   to be able to give me time and my office time to evaluate and

3   consider the statements that Agent Poole made in his affidavit.

4        THE COURT:  He has retired, right?

5        MS. MILLER:  Yes.  He retired in June or May, 2012.  So

6   he had retired by the time -- at least a year by the time he

7   executed that affidavit.  But those were things that  the

8   Government wanted to look into and that's what we have been

9   doing since receipt of the affidavit on July 22nd.

10       THE COURT:  Presumably he is one of these employees

11   that you are referring to here?

12       MS. MILLER:  That's correct.

13       THE COURT:  And the other employees, are they from

14   other investigatory agencies?

15       MS. MILLER:  Yes.  I think it might be helpful if I am

16   now set forth for your Honor what efforts I have been doing

17   since July 22nd.

18       THE COURT:  Sure.

19       MS. MILLER:  I think it can be described in two

20   different ways.  The first is speaking with and talking with

21   individuals who worked at the various law enforcement agencies.

22   Some of those are current employees and many of them are former

23   employees.

24       At this point I have spoken with and conferred with ten

25   individuals.  There are approximately six more that I would like

1     to speak to.  I would be loathe to not represent that there is a

2     possibility the number would increase from six to a different

3     number.  The nature of this type of inquiry is such that when

4     speaking to one person, it may become clear that you need to

5     speak to another person.

6             THE COURT:  True.

7             MS. MILLER:  So as of right now ten people have had an

8     opportunity -- or I have had an opportunity to meet with.  It

9     appears that there is about six left.

10            It has been -- I have not been able to accomplish

11    meeting with all of these individuals for two primary reasons.

12    The first is it is summertime.  The second is many of these are

13    individuals that no longer work at the Government and so it

14    takes a little time to ascertain their contact information and

15    their availability.  Many of them don't live in the Washington

16    area.

17            Apart from discussions I have had and the conversations

18    I have had with these folks that work, that were involved at

19    least in the Fokker Services investigation, I have also

20    undertaken the review of documents.  The purpose of that is

21    because I am sure as it is clear, the Fokker Services

22    investigation commenced in 2010 which is four years ago so

23    folks' memories are clearly not as sharp as they would be if we

24    were speaking with them back when this  was contemporaneously

25    unfolding; but also more significantly, a lot of this discussion

1    that's presently percolating in the issues before your Honor

2    relate to information related to a different investigation and

3    that's the ASI investigation and that predated the 2010 Fokker

4    Services disclosure.

5            THE COURT:  For the record, ASI is.

6            MS. MILLER:  Aviation Services International.  So we

7    are asking folks to go back in their memory at least until 2007

8    when the ASI case, you know, first became a focus of an

9    investigation.  So as you can imagine, as I mentioned, folks'

10   memories aren't as sharp as they would be.  This is asking them

11   to go back quite a bit in time.

12           Also many of these individuals are no longer -- they

13   are retired and certainly their focus isn't necessarily on their

14   former Government service.  And so it has become clear that the

15   most significant evidence or information concerning these issues

16   and whether the Government's representations are accurate that

17   are before your Honor appears to fall into the contemporaneous

18   documents or the contemporaneous database information that was

19   developed at the time that this was unfolding as opposed to

20   speaking to folks and having them retroactively provide this

21   information.

22           In addition, when speaking with individuals in these

23   conversations, it is becoming clear that much of the

24   conversations are individuals relaying their opinions and

25   opinions are what they are; but Department of Justice policy

1    needs to be based and rooted on fact and evidence as opposed to

2    one particular person's opinion or assessment of how or she may

3    have thought of things at the time.

4            So turning to the documents, I have undertaken efforts

5    to review internal BIS documents so Department of Commerce

6    documents as well as U.S. Attorney's Office for the D.C.

7    documents, Main Justice, Main DOJ National Security Division

8    documents, and also other law enforcement documents.

9            THE COURT:  What about WFO documents?

10           MS. MILLER:  We are seeking to do that as well.

11           THE COURT:  You haven't got those yet?

12           MS. MILLER:  That's correct.  And we haven't

13   actually -- the information that I have reviewed at this point

14   has not led me to believe that those would be the most salient

15   documents.  Now, it is possible that that may change but they

16   haven't been a priority.  Certainly the documents within the

17   Department of Commerce appear to be the ones that would be able

18   to clear up many of these issues because Agent Poole worked for

19   the Department of Commerce.

20           So that's where we stand in the sense that there are

21   these six individuals I would like to be able to speak to and

22   with respect to the documents, because --

23           THE COURT:  Give me some idea of the document volume.

24   Are we talking here tens of pages, hundreds of pages, thousands

25   of pages?

1          MS. MILLER:  I think it is --

2          THE COURT:  Rough estimate.

3          MS. MILLER:  Rough estimate there are certainly I have

4    been quoted by responding offices that there are approximately

5    14,000 responsive documents.  However, that doesn't mean that

6    there are 14,000 relevant documents or 14,000 documents that

7    would have information that would be important for the

8    proceedings before your Honor.

9          So, you know, the initial cut or the initial tranche of

10   documents could be from each agency around 14,000, but then they

11   need to be whittled down.  Once they are whittled down, I would

12   say it is tough to estimate, but less than 500.

13         THE COURT:  So maybe you need until October 1st?

14         MS. MILLER:  It certainly would appear that we would

15   need at least until September 15th which is what we had asked.

16   I certainly understand the urgency of the matter before your

17   Honor.  We want to get this right and do a detailed --

18         THE COURT:  Believe me, between the two, that is by far

19   and away the more important.

20         MS. MILLER:  Yes.

21         THE COURT:  Because as I have probably stated before

22   and it is all a matter of public record, I have grave concerns

23   about the deal that's been reached and for a lot of reasons

24   which I won't go into today, no reason to repeat them; but there

25   is no question that the deal has been reached is premised in

1    large part if not principally on this notion that they had come

2    forward, they did not believe they were under investigation, and

3    they voluntarily disclosed that.

4           That is a linchpin or critical element, keystone to the

5    deal; and I certainly don't want to move forward in my own, you

6    know, evaluation of the deal and discussion of the deal with the

7    parties if there is a question that's still laying fertile out

8    there on that issue which is really a central issue to the deal.

9           So I think you should take the time you need to get to

10   the bottom of this, and I would rather do that than you have to

11   ask for yet another extension.  So based on the elaborate

12   procedures you are engaged in, which I applaud you for, I would

13   be inclined to give you until the end of the month.  Would you

14   like to have two more weeks?

15          MS. MILLER:  Yes.  As you mentioned, I certainly

16   appreciate that.  I wouldn't want to ask for another

17   continuance.

18          THE COURT:  I would rather you not have to do that.  I

19   have got a lot of other things to occupy me in September anyway.

20   If you want to have until September 30th, you are welcome to

21   have it.

22          MS. MILLER:  That would be agreeable for the

23   Government.  Thank you, your Honor.

24          THE COURT:  Let me throw something else out while you

25   are at it.  You haven't asked for this, but I want you to feel

1    comfortable in informing any parties, that is, Government

2    agencies or employees or former employees of the Government that

3    if they are unwilling to get things done in a manner that you

4    believe is appropriate under the circumstances, that they can

5    expect to have to come before this Court and answer questions as

6    to why they are not getting things done.

7              So if the folks at any of these agencies for whatever

8    reason are giving you the run around or you think you are

9    getting the run around, you are not getting the kind of

10   cooperation you need or if you think any former employee is

11   being evasive, I am not suggesting anyone is, I am just making

12   sure you understand that as far as I am concerned, that won't be

13   a good excuse later for you to utter.

14             So you can tell them on the front end if they are going

15   to act that way, then they are going to have to come in here in

16   September and address the Court probably from that seat right

17   there under oath as to why it is they are not being helpful.

18   Okay? So feel free --

19             MS. MILLER:  Thank you, your Honor.

20             THE COURT:  -- to take advantage of that leverage.

21             MS. MILLER:  Thank you, your Honor. I appreciate it.

22   For what it is worth, I haven't encountered difficulty up until

23   this point.

24             THE COURT:  I would expect and hope you haven't.  Thank

25   you.  Do you have anything else?

1           MS. MILLER:  No.  That's it.  The only other request

2     that I would make while I am up here is that your Honor continue

3     to exclude time under the Speedy Trial Act between now and

4     whatever hearing we set.

5           THE COURT:  There is no objection from the Defendant?

6           MR. O'CALLAGHAN:  No, your Honor.  Just to the next

7     hearing date after September 30th?

8           THE COURT:  Yes.  I haven't set one yet.  I want to

9     read whatever you submit and obviously set a date after I have

10     had a chance to review it.  So it will probably be in October

11     but I haven't set that  date yet because I don't know quite sure

12     what I am going to be getting in terms of volume.  It sounds

13     like it might be a little more than I previously expected it to

14     be.

15           MS. MILLER:  I believe so.

16           THE COURT:  Yes.  I don't want you to be a potted

17     plant, so please feel free to come up and make any -- first of

18     all, do you have any objection to the Court giving her an extra

19     couple weeks to get this nailed down?

20           MR. O'CALLAGHAN:  No, not at all, your Honor.  In the

21     interests of justice, certainly, Judge, to get this nailed down.

22           THE COURT:  I think so.

23           MR. O'CALLAGHAN:  But we would request that your Honor

24     in considering a hearing date consider one soon after that

25     September 30th date  that is available for the Court.  The

1    company is eager obviously.

2              THE COURT: Yes, I was thinking generally probably

3    somewhere in the middle of October and I don't have a specific

4    date yet.  I want to at least look at it and digest it a little

5    bit, but I think probably in the second week or third week of

6    October.

7              MR. O'CALLAGHAN:  I would make the request for as soon

8    as in October as you can, Judge, but I am not going to push

9    further on that.

10             THE COURT:  I understand.

11             MR. O'CALLAGHAN:  I would also just mention in AUSA

12   Miller's recitation of the agencies, one agency that was not

13   included was the Office of Foreign Asset Control within the

14   Department of Treasury and it makes sense to me and from the

15   company's perspective that they weren't included because they

16   were another agency  that concluded like DOJ that there was a

17   voluntary self-disclosure and it was the basis on that as well,

18   one of the factors within the Olfact decision that Olfact

19   entered an agreement with us as well.

20             THE COURT:  Very good.

21             MR. O'CALLAGHAN:  Thank you, Judge.

22             THE COURT:  Any other points that you need to make?

23             MR. O'CALLAGHAN:  Not at this time, Judge.

24             THE COURT:  Okay.  So I am going to grant the Motion to

25   September 30th for your report filed with the Court and then

1    after that I will select a date somewhere in the middle of

2    October for the next hearing.  I will wait to see what the

3    report looks like in terms of volume and issues that I need to

4    digest before I pick a date but it will be somewhere in October.

5    Thank you for your assistance.

6              MR. O'CALLAGHAN:  Thank you, your Honor.

7              (Whereupon, at 2:34 p.m., the proceedings were

8    concluded.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                        CERTIFICATE OF REPORTER

2

3          I, Patty A. Gels, certify that the foregoing is a

4     correct transcript from the record of proceedings in the

5     above-entitled matter.

6

7

8

9                                      _____

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## 1

**10019** [1] - 1:22
**11** [2] - 4:19, 5:9
**11th** [1] - 6:3
**14,000** [4] - 13:5, 13:6, 13:10
**14-121** [2] - 1:4, 3:2
**15th** [1] - 13:15
**18th** [5] - 5:15, 6:3, 6:16, 8:3, 8:12
**1st** [1] - 13:13

## 2

**20001** [1] - 1:25
**2007** [1] - 11:7
**2010** [5] - 6:19, 6:21, 6:25, 10:22, 11:3
**2012** [1] - 9:5
**2013** [2] - 5:19, 8:15
**2014** [3] - 1:5, 4:19, 5:9
**202** [1] - 1:25
**20530** [1] - 1:18
**21** [1] - 1:5
**22nd** [4] - 8:13, 8:22, 9:9, 9:17
**23** [2] - 6:19, 6:21
**24th** [1] - 8:24
**2:00** [1] - 1:6
**2:34** [1] - 18:7

## 3

**30th** [4] - 14:20, 16:7, 16:25, 17:25
**31** [1] - 1:21

## 4

**4700-A** [1] - 1:24
**4th** [1] - 1:17

## 5

**500** [1] - 13:12
**52nd** [1] - 1:21
**555** [1] - 1:17

## 9

**962-0200** [1] - 1:25
**9th** [1] - 8:3

## A

**able** [4] - 9:2, 10:10, 12:17, 12:21
**above-entitled** [1] - 19:5
**accomplish** [1] - 10:10
**accuracy** [2] - 5:12, 5:14
**accurate** [2] - 8:11, 11:16
**act** [1] - 15:15
**Act** [1] - 16:3
**action** [1] - 3:2
**addition** [1] - 11:22
**address** [1] - 15:16
**advantage** [1] - 15:20

**affidavit** [8] - 5:19, 8:14, 8:18, 8:19, 8:23, 9:3, 9:7, 9:9
**afternoon** [3] - 3:6, 3:10, 3:13
**agencies** [9] - 4:3, 6:5, 8:4, 8:9, 9:14, 9:21, 15:2, 15:7, 17:12
**agency** [4] - 4:4, 6:18, 6:22, 13:10, 17:12, 17:16
**Agent** [4] - 5:19, 8:19, 9:3, 12:18
**ago** [1] - 10:22
**agreeable** [1] - 14:22
**agreement** [1] - 17:19
**aided** [1] - 2:2
**AMERICA** [1] - 1:4
**America** [1] - 3:3
**answer** [1] - 15:5
**answered** [1] - 8:7
**anticipated** [1] - 5:16
**anyway** [1] - 14:19
**apart** [1] - 10:17
**apologize** [1] - 5:1
**appear** [2] - 12:17, 13:14
**APPEARANCES** [1] - 1:14
**applaud** [1] - 14:12
**appreciate** [2] - 14:16, 15:21
**approach** [1] - 3:4
**appropriate** [1] - 15:4
**area** [1] - 10:16
**ARTRIP** [1] - 1:23
**ascertain** [1] - 10:14
**ASI** [3] - 11:3, 11:5, 11:8
**assessment** [2] - 8:10, 12:2
**Asset** [1] - 17:13
**assistance** [1] - 18:5
**Attorney's** [7] - 1:17, 5:4, 5:7, 5:11, 6:4, 6:14, 12:6
**August** [1] - 1:5
**AUSA** [1] - 17:11
**availability** [1] - 10:15
**available** [1] - 16:25
**aviation** [1] - 11:6
**awfully** [1] - 5:21

## B

**B.V** [2] - 1:8, 3:3
**based** [3] - 8:22, 12:1, 14:11
**basis** [1] - 17:17
**became** [1] - 11:8
**become** [2] - 10:4, 11:14
**becoming** [1] - 11:23
**BEFORE** [1] - 1:12
**behalf** [1] - 3:7
**believes** [1] - 7:5
**better** [1] - 7:16
**between** [7] - 4:19, 4:22, 5:10, 6:3, 8:3, 13:18, 16:3
**BIS** [5] - 6:2, 6:6, 8:5, 8:16, 12:5
**bit** [2] - 11:11, 17:5
**bottom** [2] - 4:15, 14:10
**Bureau** [1] - 5:24, 5:25

**BV** [2] - 3:12, 3:13

## C

**case** [3] - 6:17, 8:7, 11:8
**causing** [1] - 3:22
**central** [1] - 14:8
**certainly** [12] - 4:7, 4:11, 6:11, 7:25, 11:13, 12:16, 13:3, 13:14, 13:16, 14:5, 14:15, 16:21
**CERTIFICATE** [1] - 19:1
**certify** [1] - 19:3
**chance** [1] - 16:10
**Chance** [1] - 1:21
**change** [1] - 12:15
**chronology** [1] - 4:8
**circumstances** [1] - 15:4
**clarity's** [1] - 5:20
**clear** [6] - 5:5, 10:4, 10:21, 11:14, 11:23, 12:18
**clearly** [1] - 10:23
**Clifford** [1] - 1:21
**colleague** [1] - 3:7
**Columbia** [1] - 5:4
**COLUMBIA** [1] - 1:2
**comfortable** [1] - 15:1
**commenced** [1] - 10:22
**Commerce** [10] - 4:20, 4:22, 5:10, 5:18, 5:21, 5:22, 8:13, 12:5, 12:17, 12:19
**commerce** [1] - 6:6
**company** [3] - 7:11, 17:1
**company's** [1] - 17:15
**complicated** [1] - 4:6
**computer** [1] - 2:2
**computer-aided** [1] - 2:2
**concerned** [1] - 15:12
**concerning** [1] - 11:15
**concerns** [1] - 13:22
**concluded** [2] - 17:16, 18:8
**conduct** [1] - 3:24
**CONFERENCE** [1] - 1:11
**conferred** [1] - 9:24
**confirm** [3] - 6:11, 6:13, 8:4
**confirmed** [1] - 6:4
**consider** [2] - 9:3, 16:24
**considering** [1] - 16:24
**contact** [1] - 10:14
**contemporaneous** [2] - 11:17, 11:18
**contemporaneously** [1] - 10:24
**continuance** [1] - 14:17
**continue** [3] - 8:23, 9:1, 16:2
**Control** [1] - 17:13
**conversations** [3] - 10:17, 11:23, 11:24
**cooperation** [1] - 15:10
**copy** [1] - 8:14
**correct** [4] - 8:10, 9:12, 12:12, 19:4
**counsel** [2] - 3:4, 3:14
**couple** [1] - 16:19

course [2] - 3:15, 5:4
COURT [48] - 1:1, 3:9, 3:14, 3:18, 4:10,
4:12, 4:15, 4:22, 4:25, 5:2, 5:5, 5:20,
5:25, 6:9, 6:12, 7:1, 7:3, 7:18, 7:23, 8:2,
8:16, 8:25, 9:4, 9:10, 9:13, 9:18, 10:6,
11:5, 12:9, 12:11, 12:23, 13:2, 13:13,
13:18, 13:21, 14:18, 14:24, 15:20,
15:24, 16:5, 16:8, 16:16, 16:22, 17:2,
17:10, 17:20, 17:22, 17:24
Court [9] - 1:23, 1:24, 4:19, 6:15, 15:5,
15:16, 16:18, 16:25, 17:25
Courthouse [1] - 1:24
COURTROOM [1] - 3:2
courtroom [1] - 3:12
criminal [2] - 3:2, 6:10
critical [1] - 14:4
cryptic [1] - 4:1
current [1] - 9:22
cut [1] - 13:9

**D**

D.C [5] - 1:25, 5:8, 5:11, 6:4, 12:6
D.C.'s [1] - 6:14
database [1] - 11:18
date [6] - 16:7, 16:9, 16:11, 16:24,
16:25, 17:4, 18:1, 18:4
DAVID [1] - 1:20
David [1] - 3:11
days [1] - 8:12
DC [1] - 1:18
DCIS [3] - 6:7, 6:9, 8:5
deal [6] - 13:23, 13:25, 14:5, 14:6, 14:8
decision [1] - 17:18
Defendant [3] - 1:9, 1:19, 16:5
defense [1] - 6:10
demands [1] - 4:6
Department [12] - 4:20, 5:2, 5:10,
5:17, 5:20, 5:22, 8:13, 11:25, 12:5,
12:17, 12:19, 17:14
department [2] - 4:22, 4:25
DEPUTY [1] - 3:2
describable [1] - 4:1
described [1] - 9:19
detail [1] - 3:18
detailed [1] - 13:17
determinative [1] - 8:1
determining [1] - 7:6
developed [1] - 11:19
DIBARI [1] - 1:20
Dibari [1] - 3:11
different [3] - 9:20, 10:2, 11:2
difficulty [1] - 15:22
digest [2] - 17:4, 18:4
directed [1] - 6:20
disclose [1] - 7:16
disclosed [1] - 14:3
disclosure [6] - 6:21, 6:25, 7:7, 7:12,
11:4, 17:17
disclosures [1] - 8:20

discussion [2] - 10:25, 14:6
discussions [1] - 10:17
DISTRICT [3] - 1:1, 1:2, 1:12
District [1] - 5:4
Division [1] - 12:7
Docket [1] - 1:4
document [3] - 3:25, 4:1, 12:23
documents [18] - 3:21, 4:3, 10:20,
11:18, 12:4, 12:5, 12:6, 12:7, 12:8,
12:9, 12:15, 12:16, 12:22, 13:5, 13:6,
13:10
DOJ [3] - 7:6, 12:7, 17:16
done [2] - 15:3, 15:6
down [4] - 13:11, 16:19, 16:21

**E**

e-mail [2] - 7:13, 7:15
eager [1] - 17:1
EDWARD [1] - 1:19
Edward [1] - 3:10
efforts [3] - 8:4, 9:16, 12:4
either [1] - 4:3
elaborate [1] - 14:11
element [1] - 14:4
employee [3] - 3:21, 4:2, 15:10
employees [6] - 9:10, 9:13, 9:22, 9:23,
15:2
encountered [1] - 15:22
end [2] - 14:13, 15:14
enforcement [5] - 6:5, 6:18, 6:23,
9:21, 12:8
engaged [1] - 14:12
ensure [1] - 5:14
ensuring [1] - 5:12
entered [1] - 17:19
entitled [1] - 19:5
estimate [3] - 13:2, 13:3, 13:12
evaluate [1] - 9:2
evaluation [1] - 14:6
evasive [1] - 15:11
events [1] - 4:9
evidence [6] - 6:23, 7:10, 7:20, 8:8,
11:15, 12:1
example [1] - 7:13
exclude [1] - 16:3
excuse [1] - 15:13
executed [3] - 5:19, 8:14, 9:7
expect [2] - 15:5, 15:24
expected [1] - 16:13
express [1] - 8:19
extension [1] - 14:11
extra [4] - 3:19, 4:6, 4:13, 16:18

**F**

face [1] - 8:19
fact [1] - 12:1
factors [1] - 17:18
fairly [1] - 4:1

fall [1] - 11:17
far [2] - 13:18, 15:12
Faruqui [1] - 3:8
FARUQUI [1] - 1:16
fast [1] - 7:19
FBI [2] - 6:7, 8:5
fertile [1] - 14:7
Field [1] - 6:7
filed [2] - 8:12, 17:25
filing [1] - 5:16
first [5] - 3:23, 6:17, 9:20, 10:12, 11:8,
16:17
focus [2] - 11:8, 11:13
FOKKER [1] - 1:8
Fokker [16] - 3:3, 3:11, 3:13, 3:24, 6:5,
6:19, 6:21, 6:23, 6:24, 7:13, 7:21, 8:5,
8:8, 10:19, 10:21, 11:3
folks [5] - 5:10, 10:18, 11:7, 11:20,
15:7
folks' [2] - 10:23, 11:9
following [1] - 6:14
FOR [1] - 1:2
foregoing [1] - 19:3
Foreign [1] - 17:13
former [6] - 3:21, 5:19, 9:22, 11:14,
15:2, 15:10
forth [2] - 4:18, 9:16
forward [4] - 5:14, 7:19, 14:2, 14:5
four [3] - 8:4, 8:9, 10:22
free [2] - 15:18, 16:17
front [1] - 15:14
future [1] - 5:6

**G**

gathering [1] - 4:2
GELS [1] - 1:23
Gels [1] - 19:3
generally [1] - 17:2
Government [17] - 3:21, 3:22, 4:20,
4:25, 5:7, 5:13, 6:3, 6:18, 7:5, 7:16,
8:18, 9:8, 10:13, 11:14, 14:23, 15:1,
15:2
Government's [2] - 7:6, 11:16
grant [1] - 17:24
grave [1] - 13:22

**H**

hear [3] - 3:15, 4:10, 4:12
hearing [4] - 16:4, 16:7, 16:24, 18:2
Hearing [1] - 8:24
hearings [1] - 4:10
helpful [3] - 4:8, 9:15, 15:17
Honor [21] - 3:6, 3:10, 3:17, 4:7, 4:17,
7:4, 7:8, 8:24, 9:16, 11:1, 11:17, 13:8,
13:17, 14:23, 15:19, 15:21, 16:2, 16:6,
16:20, 16:23, 18:6
HONORABLE [1] - 1:12
hope [1] - 15:24

hundreds [1] - 12:24
hypothetical [1] - 7:18
hypothetically [1] - 7:19

# I

ICE/HSI [2] - 6:7, 8:5
idea [1] - 12:23
identify [1] - 3:4
imagine [1] - 11:9
important [2] - 13:7, 13:19
impression [1] - 3:20
inclined [1] - 14:13
include [1] - 6:6
included [2] - 17:13, 17:15
increase [1] - 10:2
indicate [1] - 7:11
indicating [3] - 6:24, 7:21
individuals [9] - 4:24, 9:21, 9:25, 10:11, 10:13, 11:12, 11:22, 11:24, 12:21
Industry [2] - 5:24, 5:25
information [7] - 10:14, 11:2, 11:15, 11:18, 11:21, 12:13, 13:7
informed [1] - 4:13
informing [1] - 15:1
initial [3] - 3:22, 13:9
initiated [1] - 8:21
inquired [1] - 7:9
inquiries [2] - 7:5, 7:25
inquiry [2] - 8:9, 10:3
instance [1] - 3:24
interests [1] - 16:21
internal [3] - 7:13, 7:14, 12:5
international [1] - 11:6
investigated [1] - 7:16
investigating [4] - 6:23, 7:10, 7:17, 8:5
investigation [13] - 6:6, 6:11, 6:17, 6:25, 7:12, 7:22, 8:7, 10:19, 10:22, 11:2, 11:3, 11:9, 14:2
investigatory [3] - 6:20, 8:8, 9:14
involved [2] - 6:5, 10:18
issue [2] - 14:8
issues [4] - 11:1, 11:15, 12:18, 18:3
itself [2] - 3:24, 8:1

# J

Judge [5] - 3:13, 16:21, 17:8, 17:21, 17:23
JUDGE [1] - 1:12
July [14] - 4:19, 5:9, 5:15, 6:3, 6:16, 8:3, 8:12, 8:13, 8:22, 8:24, 9:9, 9:17
June [4] - 6:19, 6:21, 6:25, 9:5
justice [1] - 16:21
Justice [4] - 4:25, 5:2, 11:25, 12:7
justice's [1] - 7:24

# K

keystone [1] - 14:4
kind [2] - 3:19, 15:9

# L

large [2] - 5:21, 14:1
last [1] - 4:13
late [1] - 8:22
law [5] - 6:5, 6:18, 6:22, 9:21, 12:8
laying [1] - 14:7
learn [1] - 3:23
least [5] - 9:6, 10:19, 11:7, 13:15, 17:4
lectern [1] - 3:4
led [1] - 12:14
left [1] - 10:9
LEON [1] - 1:12
less [1] - 13:12
leverage [1] - 15:20
light [1] - 3:21
linchpin [1] - 14:4
live [1] - 10:15
loathe [1] - 10:1
location [1] - 7:20
look [2] - 9:8, 17:4
looking [2] - 3:25, 5:14
looks [1] - 18:3

# M

machine [1] - 2:2
MAIA [1] - 1:16
Maia [1] - 3:6
mail [2] - 7:13, 7:15
Main [1] - 12:7
main [1] - 12:7
manner [1] - 15:3
matter [3] - 13:16, 13:22, 19:5
mean [4] - 5:2, 5:7, 7:9, 13:5
meaning [1] - 8:7
meet [1] - 10:8
meeting [8] - 4:19, 4:21, 5:10, 5:12, 5:17, 5:23, 6:3, 10:11
member [1] - 6:22
memo [1] - 7:15
memorandum [1] - 7:14
memories [2] - 10:23, 11:10
memory [1] - 11:7
mention [1] - 17:11
mentioned [3] - 5:17, 11:9, 14:15
MICHELLE [1] - 1:20
Michelle [1] - 3:11
middle [2] - 17:3, 18:1
might [3] - 4:7, 9:15, 16:13
Miller [2] - 3:6, 3:15
MILLER [39] - 1:16, 3:6, 4:7, 4:11, 4:14, 4:17, 4:24, 5:1, 5:3, 5:6, 5:24, 6:2, 6:10, 6:13, 7:2, 7:4, 7:19, 7:24, 8:3, 8:17, 9:1, 9:5, 9:12, 9:15, 9:19, 10:7,

11:6, 12:10, 12:12, 13:1, 13:3, 13:14, 13:20, 14:15, 14:22, 15:19, 15:21, 16:1, 16:15
Miller's [1] - 17:12
misimpression [1] - 3:20
month [1] - 14:13
most [4] - 4:18, 7:5, 11:15, 12:14
Motion [1] - 17:24
move [1] - 14:5
moved [1] - 8:23
MR [10] - 3:10, 3:17, 16:6, 16:20, 16:23, 17:7, 17:11, 17:21, 17:23, 18:6
MS [38] - 3:6, 4:7, 4:11, 4:14, 4:17, 4:24, 5:1, 5:3, 5:6, 5:24, 6:2, 6:10, 6:13, 7:2, 7:4, 7:19, 7:24, 8:3, 8:17, 9:1, 9:5, 9:12, 9:15, 9:19, 10:7, 11:6, 12:10, 12:12, 13:1, 13:3, 13:14, 13:20, 14:15, 14:22, 15:19, 15:21, 16:1, 16:15

# N

nailed [2] - 16:19, 16:21
National [1] - 12:7
nature [1] - 10:3
necessarily [1] - 11:13
need [11] - 3:19, 4:10, 4:12, 10:4, 13:11, 13:13, 13:15, 14:9, 15:10, 17:22, 18:3
needs [1] - 12:1
negatively [1] - 8:7
New [2] - 1:22
next [2] - 16:6, 18:2
notion [1] - 14:1
number [2] - 10:2, 10:3
NW [1] - 1:17

# O

O'Callaghan [2] - 3:11, 3:16
O'CALLAGHAN [11] - 1:19, 3:10, 3:17, 16:6, 16:20, 16:23, 17:7, 17:11, 17:21, 17:23, 18:6
oath [1] - 15:17
objection [2] - 16:5, 16:18
obviously [2] - 16:9, 17:1
occupy [1] - 14:19
October [7] - 13:13, 16:10, 17:3, 17:6, 17:8, 18:2, 18:4
OF [4] - 1:2, 1:4, 1:11, 19:1
office [5] - 5:3, 5:11, 6:4, 8:4, 8:14, 8:23, 9:2
Office [9] - 1:17, 5:4, 5:8, 5:11, 6:4, 6:7, 6:14, 12:6, 17:13
office's [1] - 7:25
offices [1] - 13:4
Official [1] - 1:24
officials [4] - 4:20, 5:10, 5:18, 8:13
Olfact [2] - 17:18
once [1] - 13:11
one [17] - 3:21, 4:2, 4:3, 4:4, 6:19, 7:1,

7:3, 7:8, 8:1, 9:10, 10:4, 12:2, 16:8,
16:24, 17:12, 17:18
**ones** [1] - 12:17
**opened** [1] - 6:18
**opinion** [1] - 12:2
**opinions** [3] - 8:20, 11:24, 11:25
**opportunity** [2] - 10:8
**opposed** [2] - 11:19, 12:1
**own** [1] - 14:5

**P**

**p.m** [2] - 1:6, 18:7
**page** [1] - 8:18
**pages** [3] - 12:24, 12:25
**part** [1] - 14:1
**particular** [2] - 5:3, 12:2
**parties** [2] - 14:7, 15:1
**PATTY** [1] - 1:23
**Patty** [1] - 19:3
**people** [1] - 10:7
**percolating** [1] - 11:1
**person** [2] - 10:4, 10:5
**person's** [1] - 12:2
**perspective** [4] - 7:6, 7:24, 7:25, 17:15
**pick** [1] - 18:4
**place** [1] - 5:21
**Plaintiff** [2] - 1:5, 1:16
**plant** [1] - 16:17
**pleading** [3] - 5:15, 6:16, 8:12
**pleadings** [1] - 5:13
**point** [4] - 5:14, 9:24, 12:13, 15:23
**points** [1] - 17:22
**policy** [2] - 7:6, 11:25
**Poole** [5] - 5:19, 8:14, 8:19, 9:3, 12:18
**Poole's** [1] - 8:19
**position** [1] - 3:23
**possibility** [1] - 10:2
**possible** [1] - 12:15
**potted** [1] - 16:16
**predated** [1] - 11:3
**premised** [1] - 13:25
**present** [2] - 5:18, 7:20
**presently** [1] - 11:1
**President** [1] - 3:12
**presumably** [1] - 9:10
**previously** [1] - 16:13
**primary** [1] - 10:11
**principally** [1] - 14:1
**priority** [1] - 12:16
**procedures** [1] - 14:12
**Proceedings** [1] - 2:2
**proceedings** [3] - 13:8, 18:7, 19:4
**produced** [1] - 2:2
**provide** [1] - 11:20
**provided** [1] - 8:13
**public** [1] - 13:22
**purpose** [3] - 5:11, 9:1, 10:20
**purposes** [3] - 4:21, 5:6, 5:20

**push** [1] - 17:8

**Q**

**questions** [2] - 8:6, 15:5
**quite** [2] - 11:11, 16:11
**quoted** [1] - 13:4

**R**

**rather** [2] - 14:10, 14:18
**reached** [2] - 13:23, 13:25
**read** [1] - 16:9
**really** [1] - 14:8
**reason** [2] - 13:24, 15:8
**reasons** [2] - 10:11, 13:23
**receipt** [2] - 8:22, 9:9
**recent** [1] - 4:18
**recitation** [1] - 17:12
**record** [4] - 3:5, 11:5, 13:22, 19:4
**reevaluate** [1] - 3:22
**reference** [1] - 5:18
**references** [1] - 5:7
**referred** [2] - 6:2, 6:8
**referring** [1] - 9:11
**relate** [1] - 11:2
**related** [1] - 11:2
**relaying** [1] - 11:24
**relevant** [1] - 13:6
**repeat** [1] - 13:24
**report** [2] - 17:25, 18:3
**reported** [1] - 2:2
**REPORTER** [1] - 19:1
**Reporter** [2] - 1:23, 1:24
**represent** [1] - 10:1
**representation** [1] - 7:21
**representations** [5] - 5:12, 5:15, 6:15, 8:10, 11:16
**represented** [1] - 5:22
**request** [4] - 9:1, 16:1, 16:23, 17:7
**respect** [2] - 7:8, 12:22
**responded** [1] - 8:9
**responding** [1] - 13:4
**responsive** [1] - 13:5
**retired** [4] - 9:4, 9:5, 9:6, 11:13
**retroactively** [1] - 11:20
**review** [3] - 10:20, 12:5, 16:10
**reviewed** [1] - 12:13
**RICHARD** [1] - 1:12
**RJL** [1] - 1:4
**RMR** [1] - 1:23
**Room** [1] - 1:24
**rooted** [1] - 12:1
**rough** [2] - 13:2, 13:3
**run** [3] - 4:8, 15:8, 15:9

**S**

**salient** [2] - 7:5, 12:14
**scenario** [1] - 7:14

**seat** [1] - 15:16
**second** [4] - 6:19, 8:18, 10:12, 17:5
**section** [1] - 5:21
**sections** [1] - 5:21
**Security** [3] - 5:24, 5:25, 12:7
**see** [1] - 18:2
**seeking** [1] - 12:10
**select** [1] - 18:1
**self** [2] - 8:21, 17:17
**self-disclosure** [1] - 17:17
**self-initiated** [1] - 8:21
**sense** [4] - 4:5, 8:18, 12:20, 17:14
**September** [7] - 13:15, 14:19, 14:20, 15:16, 16:7, 16:25, 17:25
**service** [1] - 11:14
**SERVICES** [1] - 1:8
**Services** [9] - 3:3, 3:12, 6:23, 6:24, 7:13, 8:5, 10:19, 10:21, 11:4
**services** [5] - 3:13, 6:6, 6:11, 6:21, 11:6
**services'** [1] - 6:19
**set** [6] - 4:18, 9:16, 16:4, 16:8, 16:9, 16:11
**sharp** [2] - 10:23, 11:10
**shorthand** [1] - 2:2
**significance** [1] - 8:17
**significant** [2] - 8:1, 11:15
**significantly** [1] - 10:25
**six** [4] - 9:25, 10:2, 10:9, 12:21
**somewhere** [3] - 17:3, 18:1, 18:4
**soon** [2] - 16:24, 17:7
**sounds** [1] - 16:12
**speaking** [6] - 7:19, 9:20, 10:4, 10:24, 11:20, 11:22
**Special** [1] - 5:19
**specific** [1] - 17:3
**Speedy** [1] - 16:3
**spoken** [1] - 9:24
**stand** [1] - 12:20
**start** [1] - 7:17
**statements** [1] - 9:3
**STATES** [3] - 1:1, 1:4, 1:12
**States** [2] - 3:3, 3:7
**Status** [1] - 8:23
**STATUS** [1] - 1:11
**steps** [2] - 6:20, 8:8
**still** [1] - 14:7
**stop** [1] - 4:22
**Street** [2] - 1:17, 1:21
**submission** [2] - 4:18, 6:19
**submit** [1] - 16:9
**submitted** [1] - 7:12
**submitting** [1] - 6:25
**substantive** [2] - 4:18, 6:20
**suggesting** [1] - 15:11
**summers** [1] - 3:12
**summertime** [1] - 10:12

## T

**ten** [2] - 9:24, 10:7
**tens** [1] - 12:24
**terms** [2] - 16:12, 18:3
**THE** [49] - 1:2, 1:12, 3:9, 3:14, 3:18, 4:10, 4:12, 4:15, 4:22, 4:25, 5:2, 5:5, 5:20, 5:25, 6:9, 6:12, 7:1, 7:3, 7:18, 7:23, 8:2, 8:16, 8:25, 9:4, 9:10, 9:13, 9:18, 10:6, 11:5, 12:9, 12:11, 12:23, 13:2, 13:13, 13:18, 13:21, 14:18, 14:24, 15:20, 15:24, 16:5, 16:8, 16:16, 16:22, 17:2, 17:10, 17:20, 17:22, 17:24
**thinking** [1] - 17:2
**third** [3] - 6:22, 7:8, 17:5
**thousands** [1] - 12:24
**three** [5] - 6:15, 7:4, 7:25, 8:6, 8:12
**throw** [1] - 14:24
**today** [2] - 4:9, 13:24
**tough** [1] - 13:12
**toward** [1] - 6:21
**tranche** [1] - 13:9
**TRANSCRIPT** [1] - 1:11
**transcript** [2] - 2:2, 19:4
**transcription** [1] - 2:2
**Treasury** [1] - 17:14
**Trial** [1] - 16:3
**true** [1] - 10:6
**turning** [1] - 12:4
**two** [4] - 9:19, 10:11, 13:18, 14:14
**type** [1] - 10:3

## U

**U.S** [8] - 1:17, 1:24, 5:3, 5:7, 5:11, 6:4, 6:13, 12:6
**unclear** [1] - 7:3
**uncovered** [2] - 6:23, 7:10
**under** [10] - 3:19, 6:24, 7:6, 7:11, 7:22, 8:9, 14:2, 15:4, 15:17, 16:3
**undertaken** [2] - 10:20, 12:4
**undertook** [1] - 8:4
**unfolding** [2] - 10:25, 11:19
**United** [2] - 3:3, 3:7
**UNITED** [3] - 1:1, 1:4, 1:12
**unwilling** [1] - 15:3
**up** [5] - 5:13, 12:18, 15:22, 16:2, 16:17
**urgency** [1] - 13:16
**utter** [1] - 15:13

## V

**various** [1] - 9:21
**versus** [1] - 3:3
**vision** [1] - 8:9
**volume** [3] - 12:23, 16:12, 18:3
**voluntarily** [1] - 14:3
**voluntary** [2] - 7:7, 17:17

## W

**wait** [1] - 18:2
**Washington** [4] - 1:18, 1:25, 6:7, 10:15
**ways** [1] - 9:20
**week** [2] - 17:5
**weeks** [2] - 14:14, 16:19
**welcome** [4] - 3:9, 3:14, 3:16, 14:20
**West** [1] - 1:21
**WFO** [2] - 8:5, 12:9
**whittled** [2] - 13:11
**Williams** [1] - 3:11
**WILLIAMS** [1] - 1:20
**worth** [1] - 15:22

## Y

**year** [1] - 9:6
**years** [1] - 10:22
**York** [2] - 1:22
**yourselves** [1] - 3:4

## Z

**ZIA** [1] - 1:16
**Zia** [1] - 3:7