# Exhibit B

LAW ENFORCEMENT SENSITIVE

FOR OFFICIAL USE ONLY

**FIGURE 15-3-2**     Form 7006A Affidavit

| | |
|---|---|
| BIS FORM 7006A | U. S. DEPARTMENT OF COMMERCE |
| (1-02) | BUREAU OF INDUSTRY AND SECURITY |
| | OFFICE OF EXPORT ENFORCEMENT |

AFFIDAVIT

I, David Poole, formerly a Special Agent with the U.S. Department of Commerce, Bureau of Industry and Security (BIS), Office of Export Enforcement, submit the following affidavit at the request of the U.S. Department of Commerce and in order to refute what I understand to be claims made Clifford Chance, counsel to Fokker Services BV. (FSBV), a case that when I departed from law enforcement service remained under investigation for the illegal export of aircraft parts from the United States to the Iranian Air Force and other Iranian military/civilian entities and involving defendants in a prior case I investigated, Aviation Services International (ASI).

On September 17, 2010 a meeting was held at the office of the BIS, 10 Causeway St. Boston, MA., present at this meeting were defense attorneys David DiBari and Wendy Wysong (former BIS Deputy Assistant Secretary) from Clifford Chance, Special Agent in Charge John Mckenna and myself.

This meeting was held at the request of Ms. Wysong and Mr. DiBari. The purpose of their request to meet with us was to discuss a purported "self-disclosure" submitted by Clifford Chance on behalf of FSBV and after the arrests and cooperation of the defendants in Aviation Services International became publicly known.

I understand, in a supplemental document recently submitted to the Department of Justice, Department of the Treasury and Department of Commerce, Clifford Chance alleges that I made the following statements to David DiBari and Ms. Wysong: 1. That during this meeting or sometime in subsequent conversations, I admitted that the documents Clifford Chance had submitted on behalf of Fokker were in fact "voluntary self-disclosures" and 2. That during this meeting or sometime in subsequent conversations BIS had no open investigations against FSBV.

Both claims, if advanced by Clifford Chance, are false.

While I agree that Clifford Chance did submit the report regarding FSBV's conduct, I did not at any time inform Mr. DiBari or Ms. Wysong that this matter was a voluntary self-disclosure.

Page 1 of 2

Updated March 11, 2013

BIS-FOK342

**LAW ENFORCEMENT SENSITIVE**

**FOR OFFICIAL USE ONLY**

It should also be noted that at the time of this meeting I had only received a preliminary report of the internal investigation conducted by Clifford Chance. The determination whether a submitted self-disclosure is a voluntary is made by BIS senior management in Washington DC such as the Director of Investigations or the Deputy Assistant Secretary not solely by an investigator.

As part of the ASI investigation, a number of entities remained under investigation, either formerly or informally, as the ASI cooperation furthered and developed. This included an investigation against FSBV. Prior to my departure from federal service, I made clear that the submissions were neither self-initiated, truthful nor complete. Indeed, based on my investigation, I believe the conduct by FSBV was egregious and warrants prosecution of both the company and individuals and have informed the United States Attorney's Office for the District of Columbia of this fact on repeated occasions prior to my departure. I understand that as of this date, no prosecution decisions have yet to be made with regard to the corporation or any individuals.

I have read the foregoing statement consisting of 2 pages. I fully understand this statement and it is true, accurate and complete to the best of my knowledge and belief. I made the corrections shown and placed my initials opposite each.

I made this statement freely and voluntarily, without any threats or rewards, or promises of reward having been made to me in return for it.

Subscribe and sworn to before me this day of 3 MAY, 20 13.

at BIS Boston

_____
(Signature)

Special Agent (Retired)
(Title)

_____
(Signature of Witness, if any)

Page 2 of 2

Updated March 11, 2013

BIS-FOK343