# Exhibit C



**UNITED STATES DEPARTMENT OF COMMERCE**
Bureau of Industry and Security
Washington, D.C. 20230

Jonathan M. Malis, Esq.　　　　　　　　　　　　　　July 23, 2014
Chief, Criminal Division
U.S. Attorney's Office for the
　District of Columbia
Judiciary Center Building
555 4th Street, N.W.
Washington, DC  20530

　　　　　Re:　United States v. Fokker Services B.V., Criminal No. 14-CR-121 (RJL)

Dear Mr. Malis:

I am the Deputy Director of the Office of Export Enforcement ("OEE"), Bureau of Industry and Security ("BIS"), U.S. Department of Commerce. I have management oversight of OEE's Boston Field Office, which had the lead within OEE for the case before the Court. BIS is aware that as part of the Court's consideration of the deferred prosecution agreement ("DPA") entered into between the Justice Department and Fokker Services B.V., the Court has asked your office to address a recent press article suggesting that the Government first learned of the criminal conduct addressed in the DPA in late 2007 and early 2008.

I was made aware on July 23, 2014 that OEE's Boston Field Office has an affidavit in its case file signed by retired Special Agent David Poole and dated May 3, 2013. At the time that Mr. Poole signed this affidavit, he had been retired from the agency for approximately one year and had no access to any of the details of the investigation or any submissions made by Fokker Services B.V. subsequent to his retirement.

In my capacity as Deputy Director, I have spoken with John McKenna, the Special Agent in Charge of OEE's Boston Field Office, and Stephen LaForest, the Special Agent assigned to the Fokker Services B.V. matter. Based on these conversations, I believe the following to be true: OEE had taken no investigative steps focused on Fokker Services B.V. prior to the submission of their initial disclosure in June 2010; OEE has no evidence that Fokker Services B.V. was aware of the investigation prior to the submission of their initial disclosure; and Fokker Services B.V.'s disclosures were complete and accurate. I also have reviewed OEE's investigative management system and can confirm that OEE did not open an investigation focused on Fokker Services B.V. prior to the submission of the initial disclosure.

Very truly yours,

John D. Sonderman
Deputy Director
Office of Export Enforcement
Bureau of Industry and Security
U.S. Department of Commerce

