UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 14-cr-121 (RJL) |
| | ) |
| FOKKER SERVICES B.V., | ) |
| | ) |
| Defendant. | ) |

**FILED**
FEB 05 2015
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

### ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is this 5th day of February, 2015, hereby

**ORDERED** Joint Consent Motion for Exclusion of Time Under the Speedy Trial Act [Dkt. #3] is **DENIED**.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge