UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Docket No. 14-121 (RJL) |
| | : | |
| Plaintiff, | : | July 9, 2014 |
| | : | |
| | : | 3:30 p.m. |
| v. | : | |
| | : | |
| FOKKER SERVICES B.V., | : | |
| | : | |
| Defendant. | : | |

. . . . . . . . . . . . . . . . .


TRANSCRIPT OF STATUS CONFERENCE
BEFORE THE HONORABLE RICHARD J. LEON
UNITED STATES DISTRICT JUDGE


APPEARANCES:


For the Plaintiff:          MAIA MILLER
                            ZIA FARUQUI
                            U.S. Attorney's Office
                            555 4th Street, NW
                            Washington, DC 20530


For the Defendant:          EDWARD C. O'CALLAGHAN
                            MICHELLE WILLIAMS
                            Clifford Chance
                            31 West 52nd Street
                            New York, New York 10019


Court Reporter:             PATTY ARTRIP GELS, RMR
                            Official Court Reporter
                            Room 4700-A, U.S. Courthouse
                            Washington, D.C. 20001
                            (202) 962-0200

Proceedings reported by machine shorthand, transcript produced by computer-aided transcription.

```
 1                    P R O C E E D I N G S
 2            COURTROOM DEPUTY:  We have criminal action 14- 21
 3    United States of America versus Fokker Services B.V. Will
 4    counsel please approach the lectern and identify yourselves for
 5    the record?
 6            MS. MILLER:  Good afternoon, your Honor, Maia Miller on
 7    behalf of the United States.
 8            THE COURT:  Welcome.
 9            MR. O'CALLAGHAN:  Good afternoon, your Honor, Edward
10    O'Callaghan and  Michelle Williams for Fokker Services.  With me
11    at counsel table is Andre Hermsen, a company representative for
12    Fokker Services.  Good afternoon, Judge.
13            THE COURT:  Welcome back.  Well, counsel, to borrow a
14    phrase from a famous Broadway show, A Funny Thing Happened on
15    the Way To The Forum, a member of the press forwarded to this
16    Court to its law clerks an article that it published today
17    Bloomberg; and I didn't know, of course, when I received it in
18    my chambers, I didn't request it, but I guess this is the new
19    wave of how one conducts oneself as a member of the press,
20    proactively seek to influence the Judge.
21            I will deal with that at another time in a different
22    way, but the article raises some questions about the accuracy of
23    the Government's representations to the Court in its pleadings
24    with regard to whether or not the Government's knowledge of what
25    was going on at Fokker Technologies was something that they
```

1    really disclosed themselves in the first instance as opposed to

2    whether it was disclosed in other ways at an earlier time.

3         It strikes me unfair frankly to question the parties

4    about it today and, indeed, I want to read it more carefully

5    myself and think about what questions I will ask you when we do

6    reconvene to discuss some of the allegations that are being made

7    in this article.  I can't say I have ever had to do that before,

8    but since the Government's justification for this arrangement

9    rests in no small part on this company's voluntary disclosure,

10   the Court would be I think remiss in not following up a little

11   bit with the Government in questions here in court with regard

12   to some of the issues that it raised in this article.

13        So I will give you a chance to read it, think about it,

14   talk to whoever you need to talk to in the various Government

15   agencies that may or may not have had a role in having

16   information about the events in question that are the basis for

17   the prosecution in this particular case.  I won't do that today.

18        I had asked that the parties brief the Court -- and you

19   didn't -- on the standard of review -- so I am going to give you

20   until next Friday to do that -- the standard of review when the

21   Court is reviewing a Deferred Prosecution Agreement.

22        I would commend to you to at least read if you are not

23   familiar with it, I am confident that counsel have at least

24   heard of Judge Gleeson's opinion in U.S. versus HSBC, which was

25   only last summer, where he addresses some of those issues.  It

1    is an Eastern District of New York case so I would expect our

2    New York counsel to have some familiarity with it, especially

3    since this is the line of work that they are in.

4         So that might be a good starting point for your

5    research and analysis, but I will give you until the end of next

6    week -- we are not going to do rounds of briefing here -- to

7    brief that and then the following week we will have a hearing;

8    and at the hearing, we will discuss not only the standard of

9    review for this Court to the extent there is any dispute, I

10   don't know if there will be or won't be, to the extent that I

11   have any questions in that regard, I will address them to you on

12   that occasion.

13        But I also want to be going through some of the issues

14   that are raised in the newspaper article today, the Bloomberg

15   article, regarding whether or not this was truly a voluntary

16   disclosure situation at all and then, of course, we will go

17   through the various components of the deal which raises issues

18   with the Court -- the amount of the fine, the duration 18 months

19   of the arrangement, the lack of an independent monitor, the lack

20   of a requirement to report to the Court, and the fact that there

21   are no individuals being prosecuted and there doesn't appear to

22   be any ongoing cooperation by the company to assist the

23   Government in prosecuting individuals.

24        So those are all components of the deal that I have

25   great concerns about right now in addition to the other issues

1    that I have raised.

2            So today's hearing has kind of changed in part by the

3    article I got and in part by the lack of briefing on a

4    particular point.  So we will reconvene the following week on

5    the 24th at 11:30 a.m., July 24th.  That will give me a few days

6    to review it, whatever you submit the preceding Friday; and we

7    will have a discussion about these various issues.  See you on

8    the 24th.

9            (Whereupon, at 3:50 p.m., the proceedings were

10    concluded.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                        CERTIFICATE OF REPORTER

2

3          I, Patty A. Gels, certify that the foregoing is a

4    correct transcript from the record of proceedings in the

5    above-entitled matter.

6

7

8

9                                    _____

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## 1

**10019** [1] - 1:21
**11:30** [1] - 6:5
**14** [1] - 3:2
**14-121** [1] - 1:4
**18** [1] - 5:18

## 2

**20001** [1] - 1:24
**2014** [1] - 1:5
**202** [1] - 1:25
**20530** [1] - 1:18
**21** [1] - 3:2
**24th** [3] - 6:5, 6:8

## 3

**31** [1] - 1:21
**3:30** [1] - 1:6
**3:50** [1] - 6:9

## 4

**4700-A** [1] - 1:24
**4th** [1] - 1:17

## 5

**52nd** [1] - 1:21
**555** [1] - 1:17

## 9

**9** [1] - 1:5
**962-0200** [1] - 1:25

## A

**a.m** [1] - 6:5
**above-entitled** [1] - 7:5
**accuracy** [1] - 3:22
**action** [1] - 3:2
**addition** [1] - 5:25
**address** [1] - 5:11
**addresses** [1] - 4:25
**afternoon** [3] - 3:6, 3:9, 3:12
**agencies** [1] - 4:15
**Agreement** [1] - 4:21
**aided** [1] - 2:2
**allegations** [1] - 4:6
**AMERICA** [1] - 1:4
**America** [1] - 3:3
**amount** [1] - 5:18
**analysis** [1] - 5:5
**Andre** [1] - 3:11
**appear** [1] - 5:21
**APPEARANCES** [1] - 1:14
**approach** [1] - 3:4
**arrangement** [2] - 4:8, 5:19
**article** [7] - 3:16, 3:22, 4:7, 4:12, 5:14,

5:15, 6:3
**ARTRIP** [1] - 1:23
**assist** [1] - 5:22
**Attorney's** [1] - 1:17

## B

**B.V** [2] - 1:8, 3:3
**basis** [1] - 4:16
**BEFORE** [1] - 1:12
**behalf** [1] - 3:7
**bit** [1] - 4:11
**Bloomberg** [2] - 3:17, 5:14
**borrow** [1] - 3:13
**brief** [2] - 4:18, 5:7
**briefing** [2] - 5:6, 6:3
**Broadway** [1] - 3:14

## C

**carefully** [1] - 4:4
**case** [2] - 4:17, 5:1
**CERTIFICATE** [1] - 7:1
**certify** [1] - 7:3
**chambers** [1] - 3:18
**Chance** [1] - 1:20
**chance** [1] - 4:13
**changed** [1] - 6:2
**clerks** [1] - 3:16
**Clifford** [1] - 1:20
**COLUMBIA** [1] - 1:2
**commend** [1] - 4:22
**company** [2] - 3:11, 5:22
**company's** [1] - 4:9
**components** [2] - 5:17, 5:24
**computer** [1] - 2:2
**computer-aided** [1] - 2:2
**concerns** [1] - 5:25
**concluded** [1] - 6:10
**conducts** [1] - 3:19
**CONFERENCE** [1] - 1:11
**confident** [1] - 4:23
**cooperation** [1] - 5:22
**correct** [1] - 7:4
**counsel** [5] - 3:4, 3:11, 3:13, 4:23, 5:2
**course** [2] - 3:17, 5:16
**COURT** [3] - 1:1, 3:8, 3:13
**court** [1] - 4:11
**Court** [10] - 1:23, 1:23, 3:16, 3:23,
4:10, 4:18, 4:21, 5:9, 5:18, 5:20
**Courthouse** [1] - 1:24
**COURTROOM** [1] - 3:2
**criminal** [1] - 3:2

## D

**D.C** [1] - 1:24
**days** [1] - 6:5
**DC** [1] - 1:18
**deal** [3] - 3:21, 5:17, 5:24

**Defendant** [2] - 1:9, 1:19
**Deferred** [1] - 4:21
**DEPUTY** [1] - 3:2
**different** [1] - 3:21
**disclosed** [2] - 4:1, 4:2
**disclosure** [2] - 4:9, 5:16
**discuss** [2] - 4:6, 5:8
**discussion** [1] - 6:7
**dispute** [1] - 5:9
**DISTRICT** [3] - 1:1, 1:2, 1:12
**District** [1] - 5:1
**Docket** [1] - 1:4
**duration** [1] - 5:18

## E

**Eastern** [1] - 5:1
**Edward** [1] - 3:9
**EDWARD** [1] - 1:19
**end** [1] - 5:5
**entitled** [1] - 7:5
**especially** [1] - 5:2
**events** [1] - 4:16
**expect** [1] - 5:1
**extent** [2] - 5:9, 5:10

## F

**fact** [1] - 5:20
**familiar** [1] - 4:23
**familiarity** [1] - 5:2
**famous** [1] - 3:14
**FARUQI** [1] - 1:16
**few** [1] - 6:5
**fine** [1] - 5:18
**first** [1] - 4:1
**Fokker** [4] - 3:3, 3:10, 3:12, 3:25
**FOKKER** [1] - 1:8
**following** [3] - 4:10, 5:7, 6:4
**FOR** [1] - 1:2
**foregoing** [1] - 7:3
**forum** [1] - 3:15
**forwarded** [1] - 3:15
**frankly** [1] - 4:3
**Friday** [2] - 4:20, 6:6
**funny** [1] - 3:14

## G

**GELS** [1] - 1:23
**Gels** [1] - 7:3
**Gleeson's** [1] - 4:24
**Government** [3] - 4:11, 4:14, 5:23
**Government's** [3] - 3:23, 3:24, 4:8
**great** [1] - 5:25
**guess** [1] - 3:18

## H

**heard** [1] - 4:24
**hearing** [3] - 5:7, 5:8, 6:2

**Hermsen** [1] - 3:11
**Honor** [2] - 3:6, 3:9
**HONORABLE** [1] - 1:12
**HSBC** [1] - 4:24

## I

**identify** [1] - 3:4
**indeed** [1] - 4:4
**independent** [1] - 5:19
**individuals** [2] - 5:21, 5:23
**influence** [1] - 3:20
**information** [1] - 4:16
**instance** [1] - 4:1
**issues** [6] - 4:12, 4:25, 5:13, 5:17, 5:25, 6:7

## J

**JUDGE** [1] - 1:12
**Judge** [3] - 3:12, 3:20, 4:24
**July** [2] - 1:5, 6:5
**justification** [1] - 4:8

## K

**kind** [1] - 6:2
**knowledge** [1] - 3:24

## L

**lack** [3] - 5:19, 6:3
**last** [1] - 4:25
**law** [1] - 3:16
**least** [2] - 4:22, 4:23
**lectern** [1] - 3:4
**LEON** [1] - 1:12
**line** [1] - 5:3

## M

**machine** [1] - 2:1
**MAIA** [1] - 1:16
**Maia** [1] - 3:6
**matter** [1] - 7:5
**member** [2] - 3:15, 3:19
**MICHELLE** [1] - 1:20
**Michelle** [1] - 3:10
**might** [1] - 5:4
**MILLER** [2] - 1:16, 3:6
**Miller** [1] - 3:6
**monitor** [1] - 5:19
**months** [1] - 5:18
**MR** [1] - 3:9
**MS** [1] - 3:6

## N

**need** [1] - 4:14
**New** [4] - 1:21, 5:1, 5:2
**new** [1] - 3:18

**newspaper** [1] - 5:14
**next** [2] - 4:20, 5:5
**NW** [1] - 1:17

## O

**O'Callaghan** [1] - 3:10
**O'CALLAGHAN** [2] - 1:19, 3:9
**occasion** [1] - 5:12
**OF** [4] - 1:2, 1:4, 1:11, 7:1
**Office** [1] - 1:17
**Official** [1] - 1:23
**one** [1] - 3:19
**oneself** [1] - 3:19
**ongoing** [1] - 5:22
**opinion** [1] - 4:24
**opposed** [1] - 4:1

## P

**p.m** [2] - 1:6, 6:9
**part** [3] - 4:9, 6:2, 6:3
**particular** [2] - 4:17, 6:4
**parties** [2] - 4:3, 4:18
**Patty** [1] - 7:3
**PATTY** [1] - 1:23
**phrase** [1] - 3:14
**Plaintiff** [2] - 1:5, 1:16
**pleadings** [1] - 3:23
**point** [2] - 5:4, 6:4
**preceding** [1] - 6:6
**press** [2] - 3:15, 3:19
**proactively** [1] - 3:20
**proceedings** [2] - 6:9, 7:4
**Proceedings** [1] - 2:1
**produced** [1] - 2:1
**prosecuted** [1] - 5:21
**prosecuting** [1] - 5:23
**prosecution** [1] - 4:17
**Prosecution** [1] - 4:21
**published** [1] - 3:16

## Q

**questions** [4] - 3:22, 4:5, 4:11, 5:11

## R

**raised** [3] - 4:12, 5:14, 6:1
**raises** [2] - 3:22, 5:17
**read** [3] - 4:4, 4:13, 4:22
**really** [1] - 4:1
**received** [1] - 3:17
**reconvene** [2] - 4:6, 6:4
**record** [2] - 3:5, 7:4
**regard** [3] - 3:24, 4:11, 5:11
**regarding** [1] - 5:15
**remiss** [1] - 4:10
**report** [1] - 5:20
**reported** [1] - 2:1
**Reporter** [2] - 1:23, 1:23

**REPORTER** [1] - 7:1
**representations** [1] - 3:23
**representative** [1] - 3:11
**request** [1] - 3:18
**requirement** [1] - 5:20
**research** [1] - 5:5
**rests** [1] - 4:9
**review** [4] - 4:19, 4:20, 5:9, 6:6
**reviewing** [1] - 4:21
**RICHARD** [1] - 1:12
**RJL** [1] - 1:4
**RMR** [1] - 1:23
**role** [1] - 4:15
**Room** [1] - 1:24
**rounds** [1] - 5:6

## S

**see** [1] - 6:7
**seek** [1] - 3:20
**SERVICES** [1] - 1:8
**Services** [3] - 3:3, 3:10, 3:12
**shorthand** [1] - 2:1
**show** [1] - 3:14
**situation** [1] - 5:16
**small** [1] - 4:9
**standard** [3] - 4:19, 4:20, 5:8
**starting** [1] - 5:4
**STATES** [3] - 1:1, 1:4, 1:12
**States** [2] - 3:3, 3:7
**STATUS** [1] - 1:11
**Street** [2] - 1:17, 1:21
**strikes** [1] - 4:3
**submit** [1] - 6:6
**summer** [1] - 4:25

## T

**table** [1] - 3:11
**Technologies** [1] - 3:25
**THE** [4] - 1:2, 1:12, 3:8, 3:13
**themselves** [1] - 4:1
**today** [4] - 3:16, 4:4, 4:17, 5:14
**today's** [1] - 6:2
**TRANSCRIPT** [1] - 1:11
**transcript** [2] - 2:1, 7:4
**transcription** [1] - 2:2
**truly** [1] - 5:15

## U

**U.S** [3] - 1:17, 1:24, 4:24
**unfair** [1] - 4:3
**United** [2] - 3:3, 3:7
**UNITED** [3] - 1:1, 1:4, 1:12
**up** [1] - 4:10

## V

**various** [3] - 4:14, 5:17, 6:7
**versus** [2] - 3:3, 4:24

**voluntary** [2] - 4:9, 5:15

## W

**Washington** [2] - 1:18, 1:24
**wave** [1] - 3:19
**ways** [1] - 4:2
**week** [3] - 5:6, 5:7, 6:4
**welcome** [2] - 3:8, 3:13
**West** [1] - 1:21
**Williams** [1] - 3:10
**WILLIAMS** [1] - 1:20

## Y

**York** [4] - 1:21, 5:1, 5:2
**yourselves** [1] - 3:4

## Z

**ZIA** [1] - 1:16