```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,       :   Docket No. 14-121 (RJL)
                                :
            Plaintiff,          :   June 25, 2014
                                :
                                :   3:00 p.m.
v.                              :
                                :
FOKKER SERVICES B.V.,           :
                                :
            Defendant.          :
. . . . . . . . . . . . . . . . .



              TRANSCRIPT OF STATUS CONFERENCE
           BEFORE THE HONORABLE RICHARD J. LEON
                UNITED STATES DISTRICT JUDGE



APPEARANCES:


For the Plaintiff:          MAIA MILLER
                            ZIA FARUQUI
                            U.S. Attorney's Office
                            555 4th Street, NW
                            Washington, DC 20530


For the Defendant:          EDWARD C. O'CALLAGHAN
                            MICHELLE WILLIAMS
                            DAVID D. DIBARI
                            Clifford Chance
                            31 West 52nd Street
                            New York, New York 10019


Court Reporter:             PATTY ARTRIP GELS, RMR
                            Official Court Reporter
                            Room 4700-A, U.S. Courthouse
                            Washington, D.C. 20001
                            (202) 962-0200
```

Proceedings reported by machine shorthand, transcript produced by computer-aided transcription.

|    |                                                                              |
|----|------------------------------------------------------------------------------|
| 1  | P R O C E E D I N G S                                                        |
| 2  | COURTROOM DEPUTY:  We have criminal action 14- 21                            |
| 3  | United States of America versus Fokker Services B.V. Will                    |
| 4  | counsel please approach the lectern and identify yourselves for              |
| 5  | the record?                                                                  |
| 6  | MS. MILLER:  Good afternoon, your Honor, Maia Miller on                      |
| 7  | behalf of the United States.                                                 |
| 8  | THE COURT:  Welcome.                                                         |
| 9  | MR. O'CALLAGHAN:  Good afternoon, your Honor, Edward                         |
| 10 | O'Callaghan, David Dibari and  Michelle Williams for Fokker                  |
| 11 | Services.                                                                    |
| 12 | THE COURT:  Welcome.  Counsel, I have taken a look at                        |
| 13 | your papers and I have to say, at the least, I have a lot of                 |
| 14 | concerns about what's going on here, a lot.                                  |
| 15 | Assuming for the sake of discussion that all of the                          |
| 16 | allegations that are alleged in the Information are true, this               |
| 17 | is extremely serious conduct especially the portions relating to             |
| 18 | Iran who is, of course, well-known as one of the major enemies               |
| 19 | of this country, well-established.                                           |
| 20 | The arrangement that appears to have been worked out                         |
| 21 | here strikes me at first blush to be extraordinarily                         |
| 22 | disproportionate to the conduct that's alleged in this                       |
| 23 | Information if it can be proved.  I have great concerns about                |
| 24 | this arrangement.  I will give you ten days, you can have until              |
| 25 | Monday, the 7th to submit whatever type of pleading you want to              |

1   submit explaining to me why it is in the interests of justice
2   for this Court to approve this deal, to explain in detail why
3   the arrangement that's contained in here is an appropriate
4   arrangement -- 18 months, no monitor, no criminal prosecution of
5   individuals, $10 million forfeiture when there was $21 million
6   in profits that were supposedly attributable to this conduct
7   here.
8           You might want to add some added facts with regard to
9   the apparent value that you think, the Government thinks there
10  is in the cooperation of this company; but approving this deal
11  as it currently stands without knowing more, I could not do it
12  in good conscience.  It certainly appears to be a very
13  sweetheart deal for this company.
14          So the burden is on the Government as far as I am
15  concerned to demonstrate why they haven't abused their
16  discretion in coming up with the deal they have come up with,
17  and  I never prohibit the defense from throwing in their two
18  cents' worth.  I am sure that Clifford Chance will have two
19  cents to contribute, but the burden is on the Government as far
20  as I am concerned and the arrangement that's being proposed here
21  to this Court at first blush without knowing more is greatly
22  disproportionate to the seriousness of the conduct here.
23          This conduct is very serious.  It is repeated over a
24  protracted period of time involving the very senior most folks
25  in the company and for it to be resolved in this manner, I

1   applaud defense counsel for getting that result, but it still
2   has to be approved by this Court and you are not there yet.
3           So we will have oral two days later.  I will review it,
4   get it in by the seventh.  I will have oral argument on the
5   afternoon of the ninth.  You can answer my questions then.  You
6   can make your arguments as to why the deal should be acceptable
7   as in its current form and I will give you a chance to do it.
8           I will sell it for the afternoon of the ninth at 3:30.
9   I will budget about an hour, maybe an hour and a half.  I don't
10  know.  It depends on how many questions there are.  It depends
11  on where your pleadings come out.  All right?
12          MS. MILLER:  Your Honor, if the Court's calendar at all
13  would permit, I would ask if we could do it later in that week.
14  I am actually scheduled to be out of town until that Monday.  I
15  would ask for either two days, the 11th --
16          THE COURT:  We will do it the eleventh.
17          MS. MILLER:   Would the tenth be available?
18          THE COURT:  Right now the ninth is the best for the
19  Court.
20          MS. MILLER:  Thank you, your Honor.
21          MR. O'CALLAGHAN:  Your Honor, if I may.
22          THE COURT:  Where are you going to be, Nantucket?
23          MR. O'CALLAGHAN:  No, Judge, I will be here.
24          THE COURT:  Good.  Right answer.
25          MR. O'CALLAGHAN:  I did neglect to mention a company

1   representative is here in the courtroom today.
2           THE COURT:  I am glad they heard it first hand.
3           MR. O'CALLAGHAN:  Would your Honor want the company
4   representative specifically to be here on the ninth?
5           THE COURT:  Don't have to be.  They are welcome to be
6   here, of course.  They are always welcome to be at a proceeding
7   relating to them, but there is no need that they have to be
8   here.  I am sure they will get a transcript --
9           MR. O'CALLAGHAN:  Thank you, your Honor.
10          THE COURT:  -- of whatever happens that day so -- and I
11  am not going to be making any decisions that day.  I am going to
12  hear oral arguments and then I am going to evaluate what I am
13  going to do with it; but like I said, as it is currently before
14  me, this is not acceptable.
15          MR. O'CALLAGHAN:  Understood, Judge.
16          THE COURT:  So we will see.
17          MR. O'CALLAGHAN:  Judge, I do think because there is an
18  appearance now, there might be a Speedy Trial Act exclusion
19  requirement.  I will defer to the Government.
20          THE COURT:  All right.  If it is agreeable to the
21  defense and the Government both, the Court will find the Speedy
22  Trial Act continued in the interest of justice until July 9th.
23  Is that agreeable with the Government?
24          MS. MILLER:  Yes, your Honor.
25          THE COURT:  Agreeable to the defense?

```
 1              MR. O'CALLAGHAN:  Yes, your Honor.
 2              THE COURT:  See you about 12 days.
 3              (WHEREUPON, at 3:18 p.m., the proceedings were
 4    concluded.)
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

CERTIFICATE OF REPORTER

    I, Patty A. Gels, certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

                                              _____

## $

**$10** [1] - 4:5
**$21** [1] - 4:5

## 1

**10019** [1] - 1:22
**11th** [1] - 5:15
**12** [1] - 7:2
**14** [1] - 3:2
**14-121** [1] - 1:4
**18** [1] - 4:4

## 2

**20001** [1] - 1:25
**2014** [1] - 1:5
**202** [1] - 1:25
**20530** [1] - 1:18
**21** [1] - 3:2
**25** [1] - 1:5

## 3

**31** [1] - 1:21
**3:00** [1] - 1:6
**3:18** [1] - 7:3
**3:30** [1] - 5:8

## 4

**4700-A** [1] - 1:24
**4th** [1] - 1:17

## 5

**52nd** [1] - 1:21
**555** [1] - 1:17

## 7

**7th** [1] - 3:25

## 9

**962-0200** [1] - 1:25
**9th** [1] - 6:22

## A

**above-entitled** [1] - 8:5
**abused** [1] - 4:15
**acceptable** [2] - 5:6, 6:14
**Act** [2] - 6:18, 6:22
**action** [1] - 3:2
**add** [1] - 4:8
**added** [1] - 4:8
**afternoon** [4] - 3:6, 3:9, 5:5, 5:8
**agreeable** [3] - 6:20, 6:23, 6:25
**aided** [1] - 2:2
**allegations** [1] - 3:16
**alleged** [2] - 3:16, 3:22
**AMERICA** [1] - 1:4
**America** [1] - 3:3
**answer** [2] - 5:5, 5:24
**apparent** [1] - 4:9
**appearance** [1] - 6:18
**APPEARANCES** [1] - 1:14
**applaud** [1] - 5:1
**approach** [1] - 3:4
**appropriate** [1] - 4:3
**approve** [1] - 4:2
**approved** [1] - 5:2
**approving** [1] - 4:10
**argument** [1] - 5:4
**arguments** [2] - 5:6, 6:12
**arrangement** [5] - 3:20, 3:24, 4:3, 4:4, 4:20
**ARTRIP** [1] - 1:23
**assuming** [1] - 3:15
**Attorney's** [1] - 1:17
**attributable** [1] - 4:6
**available** [1] - 5:17

## B

**B.V** [2] - 1:8, 3:3
**BEFORE** [1] - 1:12
**behalf** [1] - 3:7
**best** [1] - 5:18
**blush** [2] - 3:21, 4:21
**budget** [1] - 5:9
**burden** [2] - 4:14, 4:19

## C

**calendar** [1] - 5:12
**cents** [1] - 4:19
**cents'** [1] - 4:18
**certainly** [1] - 4:12
**CERTIFICATE** [1] - 8:1
**certify** [1] - 8:3
**Chance** [2] - 1:21, 4:18
**chance** [1] - 5:7
**Clifford** [2] - 1:21, 4:18
**COLUMBIA** [1] - 1:2
**coming** [1] - 4:16
**company** [5] - 4:10, 4:13, 4:25, 5:25, 6:3
**computer** [1] - 2:2
**computer-aided** [1] - 2:2
**concerned** [2] - 4:15, 4:20
**concerns** [2] - 3:14, 3:23
**concluded** [1] - 7:4
**conduct** [5] - 3:17, 3:22, 4:6, 4:22, 4:23
**CONFERENCE** [1] - 1:11
**conscience** [1] - 4:12
**contained** [1] - 4:3
**continued** [1] - 6:22
**contribute** [1] - 4:19
**cooperation** [1] - 4:10
**correct** [1] - 8:4
**counsel** [3] - 3:4, 3:12, 5:1
**country** [1] - 3:19
**course** [2] - 3:18, 6:6
**COURT** [14] - 1:1, 3:8, 3:12, 5:16, 5:18, 5:22, 5:24, 6:2, 6:5, 6:10, 6:16, 6:20, 6:25, 7:2
**Court** [7] - 1:23, 1:24, 4:2, 4:21, 5:2, 5:19, 6:21
**Court's** [1] - 5:12
**Courthouse** [1] - 1:24
**courtroom** [1] - 6:1
**COURTROOM** [1] - 3:2
**criminal** [2] - 3:2, 4:4
**current** [1] - 5:7

## D

**D.C** [1] - 1:25
**DAVID** [1] - 1:20
**David** [1] - 3:10
**days** [4] - 3:24, 5:3, 5:15, 7:2
**DC** [1] - 1:18
**deal** [5] - 4:2, 4:10, 4:13, 4:16, 5:6
**decisions** [1] - 6:11
**Defendant** [2] - 1:9, 1:19
**defense** [4] - 4:17, 5:1, 6:21, 6:25
**defer** [1] - 6:19
**demonstrate** [1] - 4:15
**DEPUTY** [1] - 3:2
**detail** [1] - 4:2
**DIBARI** [1] - 1:20
**Dibari** [1] - 3:10
**discretion** [1] - 4:16
**discussion** [1] - 3:15
**disproportionate** [2] - 3:22, 4:22
**DISTRICT** [3] - 1:1, 1:2, 1:12
**Docket** [1] - 1:4

## E

**Edward** [1] - 3:9
**EDWARD** [1] - 1:19
**either** [1] - 5:15
**eleventh** [1] - 5:16
**enemies** [1] - 3:18
**entitled** [1] - 8:5
**especially** [1] - 3:17
**established** [1] - 3:19
**evaluate** [1] - 6:12
**exclusion** [1] - 6:18
**explain** [1] - 4:2
**explaining** [1] - 4:1
**extraordinarily** [1] - 3:21
**extremely** [1] - 3:17

## F

**facts** [1] - 4:8

**far** [2] - 4:14, 4:19
**FARUQUI** [1] - 1:16
**first** [3] - 3:21, 4:21, 6:2
**Fokker** [2] - 3:3, 3:10
**FOKKER** [1] - 1:8
**folks** [1] - 4:24
**FOR** [1] - 1:2
**foregoing** [1] - 8:3
**forfeiture** [1] - 4:5
**form** [1] - 5:7

**G**

**GELS** [1] - 1:23
**Gels** [1] - 8:3
**glad** [1] - 6:2
**Government** [6] - 4:9, 4:14, 4:19, 6:19, 6:21, 6:23
**great** [1] - 3:23
**greatly** [1] - 4:21

**H**

**half** [1] - 5:9
**hand** [1] - 6:2
**hear** [1] - 6:12
**heard** [1] - 6:2
**Honor** [9] - 3:6, 3:9, 5:12, 5:20, 5:21, 6:3, 6:9, 6:24, 7:1
**HONORABLE** [1] - 1:12
**hour** [2] - 5:9

**I**

**identify** [1] - 3:4
**individuals** [1] - 4:5
**information** [2] - 3:16, 3:23
**interest** [1] - 6:22
**interests** [1] - 4:1
**involving** [1] - 4:24
**Iran** [1] - 3:18

**J**

**Judge** [3] - 5:23, 6:15, 6:17
**JUDGE** [1] - 1:12
**July** [1] - 6:22
**June** [1] - 1:5
**justice** [2] - 4:1, 6:22

**K**

**knowing** [2] - 4:11, 4:21
**known** [1] - 3:18

**L**

**least** [1] - 3:13
**lectern** [1] - 3:4
**LEON** [1] - 1:12
**look** [1] - 3:12

**M**

**machine** [1] - 2:2
**MAIA** [1] - 1:16
**Maia** [1] - 3:6
**major** [1] - 3:18
**manner** [1] - 4:25
**matter** [1] - 8:5
**mention** [1] - 5:25
**MICHELLE** [1] - 1:20
**Michelle** [1] - 3:10
**might** [2] - 4:8, 6:18
**MILLER** [6] - 1:16, 3:6, 5:12, 5:17, 5:20, 6:24
**Miller** [1] - 3:6
**million** [2] - 4:5
**Monday** [2] - 3:25, 5:14
**monitor** [1] - 4:4
**months** [1] - 4:4
**most** [1] - 4:24
**MR** [9] - 3:9, 5:21, 5:23, 5:25, 6:3, 6:9, 6:15, 6:17, 7:1
**MS** [5] - 3:6, 5:12, 5:17, 5:20, 6:24

**N**

**Nantucket** [1] - 5:22
**need** [1] - 6:7
**neglect** [1] - 5:25
**never** [1] - 4:17
**New** [2] - 1:22
**ninth** [4] - 5:5, 5:8, 5:18, 6:4
**NW** [1] - 1:17

**O**

**O'Callaghan** [1] - 3:10
**O'CALLAGHAN** [10] - 1:19, 3:9, 5:21, 5:23, 5:25, 6:3, 6:9, 6:15, 6:17, 7:1
**OF** [4] - 1:2, 1:4, 1:11, 8:1
**Office** [1] - 1:17
**Official** [1] - 1:24
**one** [1] - 3:18
**oral** [3] - 5:3, 5:4, 6:12

**P**

**p.m** [2] - 1:6, 7:3
**papers** [1] - 3:13
**Patty** [1] - 8:3
**PATTY** [1] - 1:23
**period** [1] - 4:24
**permit** [1] - 5:13
**Plaintiff** [2] - 1:5, 1:16
**pleading** [1] - 3:25
**pleadings** [1] - 5:11
**portions** [1] - 3:17
**proceeding** [1] - 6:6
**Proceedings** [1] - 2:2
**proceedings** [2] - 7:3, 8:4

**produced** [1] - 2:2
**profits** [1] - 4:6
**prohibit** [1] - 4:17
**proposed** [1] - 4:20
**prosecution** [1] - 4:4
**protracted** [1] - 4:24
**proved** [1] - 3:23

**Q**

**questions** [2] - 5:5, 5:10

**R**

**record** [2] - 3:5, 8:4
**regard** [1] - 4:8
**relating** [2] - 3:17, 6:7
**repeated** [1] - 4:23
**reported** [1] - 2:2
**REPORTER** [1] - 8:1
**Reporter** [2] - 1:23, 1:24
**representative** [2] - 6:1, 6:4
**requirement** [1] - 6:19
**resolved** [1] - 4:25
**result** [1] - 5:1
**review** [1] - 5:3
**RICHARD** [1] - 1:12
**RJL** [1] - 1:4
**RMR** [1] - 1:23
**Room** [1] - 1:24

**S**

**sake** [1] - 3:15
**scheduled** [1] - 5:14
**see** [2] - 6:16, 7:2
**sell** [1] - 5:8
**senior** [1] - 4:24
**serious** [2] - 3:17, 4:23
**seriousness** [1] - 4:22
**SERVICES** [1] - 1:8
**Services** [2] - 3:3, 3:11
**seventh** [1] - 5:4
**shorthand** [1] - 2:2
**specifically** [1] - 6:4
**Speedy** [2] - 6:18, 6:21
**stands** [1] - 4:11
**STATES** [3] - 1:1, 1:4, 1:12
**States** [2] - 3:3, 3:7
**STATUS** [1] - 1:11
**still** [1] - 5:1
**Street** [2] - 1:17, 1:21
**strikes** [1] - 3:21
**submit** [2] - 3:25, 4:1
**supposedly** [1] - 4:6
**sweetheart** [1] - 4:13

**T**

**ten** [1] - 3:24
**tenth** [1] - 5:17

**THE** [15] - 1:2, 1:12, 3:8, 3:12, 5:16, 5:18, 5:22, 5:24, 6:2, 6:5, 6:10, 6:16, 6:20, 6:25, 7:2
**thinks** [1] - 4:9
**throwing** [1] - 4:17
**today** [1] - 6:1
**town** [1] - 5:14
**transcript** [3] - 2:2, 6:8, 8:4
**TRANSCRIPT** [1] - 1:11
**transcription** [1] - 2:2
**Trial** [2] - 6:18, 6:22
**true** [1] - 3:16
**two** [4] - 4:17, 4:18, 5:3, 5:15
**type** [1] - 3:25

## U

**U.S** [2] - 1:17, 1:24
**understood** [1] - 6:15
**United** [2] - 3:3, 3:7
**UNITED** [3] - 1:1, 1:4, 1:12
**up** [2] - 4:16

## V

**value** [1] - 4:9
**versus** [1] - 3:3

## W

**Washington** [2] - 1:18, 1:25
**week** [1] - 5:13
**welcome** [4] - 3:8, 3:12, 6:5, 6:6
**well-established** [1] - 3:19
**well-known** [1] - 3:18
**West** [1] - 1:21
**Williams** [1] - 3:10
**WILLIAMS** [1] - 1:20
**worth** [1] - 4:18

## Y

**York** [2] - 1:22
**yourselves** [1] - 3:4

## Z

**ZIA** [1] - 1:16